### Customer

| Email | Phone |
|---|---|
| mapleboyone@gmail.com | +1 514-690-0403 |

### Payment Instruments

| Instrument ID | Type | Details |
|---|---|---|
| 4381b463-1a17-4c1b-9758-61d449cea253-3 | AMEX | **Card Number:** ▮▮▮▮▮▮▮▮-1001 Valid thru **10 / 2013**<br>**Card Holder Name:** **john babikian**<br>**Billing Address:**<br><br>\| \| Address Lines: \| \|<br>\| --- \| --- \| --- \|<br>\| \| Locality: \| **montreal** \|<br>\| \| Postal Country: \| **CA** \|<br>\| \| Postal Code: \| **H4N 0A2** \|<br>\| \| Sorting Code: \| \|<br><br>**Bank:**<br>**Country:**<br>**Card Holder Type:**<br>**RecordType:**<br>**Type:** |

*Some of the instruments above may have empty details.*

## Customer

| External Customer ID | Company Name | Customer Name | Email | Phone |
|---|---|---|---|---|
| 8342005139 | | | | |

### Addresses

| | | | |
|---|---|---|---|
| Address ID | | Address 1 | 1300 alain grandbois apt 701 |
| Company Name | JB Marketing | Address 2 | |
| Contact Name | JB Marketing | City | montreal |
| Email | mapleboyone@gmail.com | State | QC |
| Phone | (514) 690-0403 | Zip Code | H4N 0A2 |
| Fax | | Country | CA |

### Accounts

| Product | Company Name | Contact Name | Email | Address | Phone | Primary instrument | Backup instrument |
|---|---|---|---|---|---|---|---|
| AdSense | JB Marketing | JB Marketing | mapleboyone@gmail.com | 1300 alain grandbois apt 701 | (514) 690-0403 | 558230511 | |

### Payment Instruments

| Instrument ID | Type | Type Detail | Status | Is Blacklisted | Details |
|---|---|---|---|---|---|
| 558230511 | EFT | | Valid | No | Account Type: <br> Account Number: ▓4145 <br> Account Holder Name: JB Marketing <br> Bank Name: <br> Bank Code: 815 - 30364 <br> Bank Address: <br> Bank City: <br> Bank Region Code: CA <br> Check Digits: <br> Verification Details: deposit attempts: 1, deposit guesses: 1, deposit money: CAD0.32, deposit date: 2011-08-16 AM 07 00 31, deposit failure reason: |

Some of the instruments above may have empty details.

############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION

Name: John Jack
e-Mail: mapleboyone@gmail.com
Status: Enabled

Secondary e-Mail: johnjackinc@gmail.com
Created on: 2010/04/01-17:10:08-UTC
IP: 96.22.181.150, on 2010/04/01-17:10:08-UTC
Language Code: en_US
SMS: 5146900403 [CA]

```
+-------------------------+----------------+--------+
| Time                    | IP Address     | Type   |
+-------------------------+----------------+--------+
| 2013/10/05-10:03:23-UTC | 87.254.240.248 | Logout |
| 2013/10/05-09:56:51-UTC | 87.254.240.248 | Login  |
| 2013/09/30-12:39:38-UTC | 88.209.65.14   | Login  |
| 2013/09/28-08:10:24-UTC | 88.209.65.14   | Login  |
| 2013/09/28-08:05:17-UTC | 88.209.65.14   | Logout |
| 2013/09/28-07:53:56-UTC | 88.209.65.14   | Login  |
| 2013/09/25-14:00:55-UTC | 216.252.82.188 | Login  |
| 2013/09/25-13:59:22-UTC | 216.252.82.188 | Login  |
| 2013/09/25-13:50:44-UTC | 199.254.238.44 | Login  |
| 2013/09/24-17:37:57-UTC | 70.28.95.248   | Login  |
| 2013/09/24-17:25:51-UTC | 70.28.95.248   | Login  |
| 2013/09/24-16:45:27-UTC | 70.28.95.248   | Login  |
| 2013/09/24-15:11:30-UTC | 74.59.236.13   | Login  |
| 2013/09/24-15:10:03-UTC | 74.59.236.13   | Login  |
| 2013/09/24-14:34:36-UTC | 74.59.236.13   | Login  |
| 2013/09/24-14:00:34-UTC | 74.59.236.13   | Login  |
| 2013/09/24-13:24:24-UTC | 209.112.40.162 | Login  |
| 2013/09/24-01:33:42-UTC | 74.59.236.13   | Login  |
| 2013/09/23-23:45:23-UTC | 74.59.236.13   | Login  |
| 2013/09/23-21:07:39-UTC | 70.28.95.248   | Login  |
| 2013/09/23-21:06:19-UTC | 70.28.95.248   | Login  |
| 2013/09/23-20:56:53-UTC | 70.28.95.248   | Login  |
| 2013/09/23-19:18:48-UTC | 76.10.128.88   | Login  |
| 2013/09/22-21:37:27-UTC | 87.254.250.14  | Logout |
| 2013/09/22-21:37:03-UTC | 87.254.250.14  | Login  |
| 2013/09/21-16:06:27-UTC | 87.254.250.14  | Logout |
| 2013/09/21-16:05:17-UTC | 87.254.250.14  | Login  |
| 2013/09/21-16:01:11-UTC | 87.254.250.14  | Logout |
| 2013/09/21-15:59:59-UTC | 87.254.250.14  | Login  |
| 2013/09/21-15:53:40-UTC | 87.254.250.14  | Login  |
+-------------------------+----------------+--------+
```

############## * Google Confidential and Proprietary * ##############

Redacted

```
############## * Google Confidential and Proprietary * ##############


GOOGLE SUBSCRIBER INFORMATION

Name: john smith
e-Mail: johnjackinc@gmail.com
Status: Enabled




Secondary e-Mail: sion_20@Hotmail.com
Created on: 2008/08/19-17:34:00-UTC
IP: 70.81.67.84, on 2008/08/19-17:34:00-UTC
Language Code: en

+-------------------------+----------------+--------+
| Time                    | IP Address     | Type   |
+-------------------------+----------------+--------+
| 2013/10/05-10:03:31-UTC | 87.254.240.248 | Login  |
| 2013/09/28-08:14:22-UTC | 88.209.65.14   | Login  |
| 2013/09/28-08:10:18-UTC | 88.209.65.14   | Logout |
| 2013/09/28-08:05:23-UTC | 88.209.65.14   | Login  |
| 2013/09/22-21:37:38-UTC | 87.254.250.14  | Login  |
| 2013/09/21-16:02:29-UTC | 87.254.250.14  | Logout |
| 2013/09/21-16:01:16-UTC | 87.254.250.14  | Login  |
| 2013/09/21-15:59:48-UTC | 87.254.250.14  | Logout |
| 2013/09/21-15:56:50-UTC | 87.254.250.14  | Login  |
| 2013/09/21-15:56:40-UTC | 87.254.250.14  | Logout |
| 2013/09/21-15:55:46-UTC | 87.254.250.14  | Login  |
| 2013/09/21-15:53:19-UTC | 87.254.250.14  | Logout |
| 2013/09/21-15:44:50-UTC | 87.254.250.14  | Login  |
| 2013/09/19-21:49:28-UTC | 96.44.189.101  | Login  |
| 2013/09/18-01:31:25-UTC | 96.47.226.22   | Logout |
| 2013/09/18-01:15:33-UTC | 209.54.59.197  | Login  |
| 2013/07/15-20:22:11-UTC | 88.209.66.40   | Login  |
| 2013/07/15-17:29:36-UTC | 88.209.66.40   | Login  |
+-------------------------+----------------+--------+

############## * Google Confidential and Proprietary * ##############
```

Redacted

```
############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION

Name: Crazy Pennystocks
e-Mail: crazypennystocks@gmail.com
Status: Enabled

Secondary e-Mail: johnjackinc@gmail.com
Created on: 2009/05/13-00:38:01-UTC
IP: 96.22.108.136, on 2009/05/13-00:38:01-UTC
Language Code: en

No user IP logs data.

############## * Google Confidential and Proprietary * ##############
```

Redacted