Google Confidential and Proprietary

| Customer | | | | | |
|---|---|---|---|---|---|
| External Customer ID | Company Name | | Customer Name | Email | Phone |
| 6418015429 | | | | | |

**Addresses**

| | Address ID | | Address 1 | **1300 alain grandbois apt 701** |
|---|---|---|---|---|
| | Company Name | **JB Marketing** | Address 2 | |
| | Contact Name | **JB Marketing** | City | **Montreal** |
| | Email | **johnjackinc@gmail.com** | State | **QC** |
| | Phone | **514 690-0403** | Zip Code | **H4N 0A2** |
| | Fax | **514 509-3973** | Country | **CA** |

| | Address  D | | Address 1 | **1300 alain grandbois 701** |
|---|---|---|---|---|
| | Company Name | **jb marketing** | Address 2 | |
| | Contact Name | **john babikian** | City | **montreal** |
| | Email | **johnjackinc@gmail.com** | State | **QC** |
| | Phone | **514 690-0403** | Zip Code | **H4N 0A2** |
| | Fax | **514 509-3973** | Country | **CA** |

| | Address ID | | Address 1 | **1300 alain grandbois 701** |
|---|---|---|---|---|
| | Company Name | **jb marketing** | Address 2 | |
| | Contact Name | **john babikian** | City | **montreal** |
| | Email | **johnjackinc@gmail.com** | State | **QC** |
| | Phone | **514 690-0403** | Zip Code | **H4N 0A2** |
| | Fax | **514 509-3973** | Country | **CA** |

| | Address  D | | Address 1 | **1300 alain grandbois 701** |
|---|---|---|---|---|
| | Company Name | **jb marketing** | Address 2 | |
| | Contact Name | **john babikian** | City | **montreal** |
| | Email | **johnjackinc@gmail.com** | State | **QC** |
| | Phone | **514 690-0403** | Zip Code | **H4N 0A2** |
| | Fax | **514 509-3973** | Country | **CA** |

| | Address ID | | Address 1 | **1300 alain grandbois 701** |
|---|---|---|---|---|
| | Company Name | **jb marketing** | Address 2 | |
| | Contact Name | **john babikian** | City | **montreal** |
| | Email | **johnjackinc@gmail.com** | State | **QC** |
| | Phone | **514 690-0403** | Zip Code | **H4N 0A2** |
| | Fax | **514 509-3973** | Country | **CA** |

| | Address  D | | Address 1 | **1300 alain grandbois 701** |
|---|---|---|---|---|
| | Company Name | **JB MARKETING** | Address 2 | |
| | Contact Name | **john babikian** | City | **montreal** |
| | Email | **johnjackinc@gmail.com** | State | **QC** |
| | Phone | **514 690-0403** | Zip Code | **H4N 0A2** |
| | Fax | | Country | **CA** |

| | Address  D | | Address 1 | **1300 alain grandbois suite 701** |
|---|---|---|---|---|
| | Company Name | **JB Marketing** | Address 2 | |
| | Contact Name | **John babikian** | City | **Montreal** |
| | Email | **johnjackinc@gmail.com** | State | **QC** |
| | Phone | **514 690-0403** | Zip Code | **H4N 0A2** |
| | Fax | **514 509-3973** | Country | **CA** |

| | Address  D | | Address 1 | **1300 alain grandbois suite 701** |
|---|---|---|---|---|
| | Company Name | **JB Marketing** | Address 2 | |
| | Contact Name | **John babikian** | City | **Montreal** |
| | Email | **johnjackinc@gmail.com** | State | **QC** |
| | Phone | **514 690-0403** | Zip Code | **H4N 0A2** |
| | Fax | **514 509-3973** | Country | **CA** |

| | Address ID | | Address 1 | **1300 alain grandbois** |
|---|---|---|---|---|
| | Company Name | | Address 2 | |
| | Contact Name | **John babikian** | City | **Montreal** |
| | Email | **johnjackinc@gmail.com** | State | **QC** |
| | Phone | **514 690-0403** | Zip Code | **H4N 0A2** |
| | Fax | **514 509-3973** | Country | **CA** |

| | Address  D | | Address 1 | **1300 alain grandbois** |
|---|---|---|---|---|
| | Company Name | | Address 2 | |
| | Contact Name | **John babikian** | City | **Montreal** |
| | Email | **johnjackinc@gmail.com** | State | **QC** |
| | Phone | **514 690-0403** | Zip Code | **H4N 0A2** |
| | Fax | **514 509-3973** | Country | **CA** |

| | Address ID | | Address 1 | **1300 alain grandbois 701** |
|---|---|---|---|---|
| | Company Name | | Address 2 | |
| | Contact Name | **John babikian** | City | **Montreal** |
| | Email | **johnjackinc@gmail.com** | State | **QC** |
| | Phone | **514 690-0403** | Zip Code | **H4N 0A2** |
| | Fax | **514 509-3973** | Country | **CA** |

| | Address  D | | Address 1 | **1300 alain grandbois apt 701** |
|---|---|---|---|---|

Google Confidential and Proprietary

Google Confidential and Proprietary

| Company Name | | | | Address 2 | | | |
|---|---|---|---|---|---|---|---|
| Contact Name | john babikian | | | City | montreal | | |
| Email | johnjackinc@gmail.com | | | State | QC | | |
| Phone | 514 690-0403 | | | Zip Code | H4N 0A2 | | |
| Fax | | | | Country | CA | | |

### Accounts

| Product | Company Name | Contact Name | Email | Address | Phone | Primary instrument | Backup instrument |
|---|---|---|---|---|---|---|---|
| AdWords | JB Marketing | JB Marketing | johnjackinc@gmail.com | 1300 alain grandbois apt 701 | 514 690-0403 | 422215121 | 461533121 |
| TvAds | JB Marketing | JB Marketing | johnjackinc@gmail.com | 1300 alain grandbois apt 701 | 514 690-0403 | 422215121 | 461533121 |

### Payment Instruments

| Instrument ID | Type | Type Detail | Status | Is Blacklisted | Details |
|---|---|---|---|---|---|
| 344614621 | CreditCard | VISA | Declined | No | Card Number: █████-1872 Valid from: 00 / 0000 thru 03 / 2010<br>Card Holder Name: John Babikian<br>Issue Number:<br>Bank: ROYAL BANK OF CANADA<br>Country: CANADA<br>Address: 1300 alain grandbois apt 701<br>CVN Status: Not Checked |
| 346052721 | CreditCard | MC | Unknown | No | Card Number: █████-7786 Valid from: 00 / 0000 thru 09 / 2010<br>Card Holder Name: john babikian<br>Issue Number:<br>Bank: BANK OF MONTREAL<br>Country: CANADA<br>Address: 1300 alain grandbois 701<br>CVN Status: Not Checked |
| 351435321 | CreditCard | VISA | Unknown | No | Card Number: █████-8479 Valid from: 00 / 0000 thru 03 / 2012<br>Card Holder Name: john babikian<br>Issue Number:<br>Bank: CANADIAN IMPERIAL BANK OF COMM<br>Country: CANADA<br>Address: 1300 alain grandbois<br>CVN Status: Not Checked |
| 351435721 | CreditCard | MC | Declined | No | Card Number: █████-1657 Valid from: 00 / 0000 thru 09 / 2010<br>Card Holder Name: john babikian<br>Issue Number:<br>Bank: BANK OF MONTREAL<br>Country: CANADA<br>Address: 1300 alain grandbois 701<br>CVN Status: Not Checked |
| 358895021 | CreditCard | MC | Unknown | No | Card Number: █████-4965 Valid from: 00 / 0000 thru 12 / 2010<br>Card Holder Name: john babikian<br>Issue Number:<br>Bank: MBNA CANADA BANK<br>Country: CANADA<br>Address: 1300 alain grandbois 701<br>CVN Status: Match |
| 395388621 | CreditCard | MC | Valid | No | Card Number: █████-8350 Valid from: 00 / 0000 thru 08 / 2012<br>Card Holder Name: john babikian<br>Issue Number:<br>Bank: BANK OF MONTREAL<br>Country: CANADA<br>Address: 1300 alain grandbois 701<br>CVN Status: Not Checked |
| 422215121 | CreditCard | AMEX | Valid | No | Card Number: █████-1001 Valid from: 00 / 0000 thru 10 / 2013<br>Card Holder Name: john babikian<br>Issue Number:<br>Bank:<br>Country:<br>Address: 1300 alain grandbois apt 701<br>CVN Status: Not Checked |
| 461533121 | CreditCard | VISA | Valid | No | Card Number: █████-1872 Valid from: 00 / 0000 thru 03 / 2014<br>Card Holder Name: john babikian<br>Issue Number:<br>Bank: ROYAL BANK OF CANADA<br>Country: CANADA<br>Address: 1300 alain grandbois apt 701<br>CVN Status: Match |

Some of the instruments above may have empty details.