**User Information**

**Enter Username to Get Information**

User Name:

[jadmarketingcompany]

[search]

**Basic Information**

**jadmarketingcompany**

Azteca, Centro
NULL, Centro Azteca

centroaztecasa@hotmail.com

User ID: 398194

Signup IP: 65.44.205.2

35 New Road

Belize
Belize, POB1708
BZ

Ad ID: NULL

Phone: +1.4908921250

Fax: +1.5555555555

Pwd: Login

Referral ID: NULL

Signup Date: 1/14/2010 1:01:09 AM

**Activity Information**

Last Login: 1/1/2012 9:56:37 PM

Login Tries: 0

Account Status : Open

Last Transaction: 10/9/2010 3:31:56 PM

Login IP: 76.94.134.16

Disabled Till: NULL

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| renew | Renew awesomepennystocks.com  Delete \| Edit | Years : 2  Qty: 1  Price: 9.98 | YES | `200:Command completed successfully;Old` | | Check Status |
| renew | Renew pennystocksuniverse.com  Delete \| Edit | Years : 2  Qty: 1  Price: 9.98 | YES | `200:Command completed successfully;Old` | | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 4965455 | Date: 10/18/2011 1:35:17 PM  User: jadmarketingcompany 🔍 | CC Order ID: `367614-184.160.153.153` …  Trans ID: 817419724941067560(?) | | Amount: $40.64/ $0  Type: CREDIT CARD  Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| renew | Renew awesomepennystocks.com  Delete \| Edit | Years : 2  Qty: 1  Price: 9.98 | NO | | ☑ Remove Fund (?)  [Retry & Update] | Check Status |
| renew | Renew pennystocksuniverse.com  Delete \| Edit | Years : 2  Qty: 1  Price: 9.98 | NO | | ☑ Remove Fund (?)  [Retry & Update] | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 4943834 | Date: 10/13/2011 11:14:18 AM  User: jadmarketingcompany 🔍 | CC Order ID: `184.160.153.153-JADMARKETINGCOM` …  Trans ID: 5DJ610332T0808035(?) | | Amount: $8.4/ $8.4  Type: PAYPAL  Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| register | Register deutschepennystocks.de  Delete \| Edit | Years : 1  Qty: 1  Price: 8.4 | YES | `1300:Command completed successfully -` | | Check Status |
| purchase | Free WhoisGuard | Years : 1  Qty: 1  Price: 0 | YES | `Command completed successfully` | | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 4934294 | Date: 10/11/2011 8:50:30 PM  User: jadmarketingcompany 🔍 | CC Order ID: `184.160.153.153-JADMARKETINGCOM` …  Trans ID: 58D02169GJ675501N(?) | | Amount: $16.8/ $16.8  Type: PAYPAL  Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| register | Register bestpennystocks.de  Delete \| Edit | Years : 1  Qty: 1  Price: 8.4 | YES | `1300:Command completed successfully -` | | Check Status |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| purchase | Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | YES | `Command completed successfully` | | Check Status |
| register | Register daspennystocks.de<br>Delete \| Edit | Years : 1<br>Qty: 1<br>Price: 8.4 | YES | `1300:Command completed successfully -` | | Check Status |
| purchase | Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | YES | `Command completed successfully` | | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 4934287 | Date: 10/11/2011 8:47:57 PM<br>User: jadmarketingcompany 🔍 | CC Order ID: 358222-184.160.153.153  …<br>Trans ID: 817331716592763831 (?) | | Amount: $16.8/ $0<br>Type: CREDIT CARD<br>Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| register | Register daspennystocks.de<br>Delete \| Edit | Years : 1<br>Qty: 1<br>Price: 8.4 | NO | | ☑ Remove Fund (?)<br>[Retry & Add] | Check Status |
| purchase | Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | NO | | (?) | Check Status |
| register | Register bestpennystocks.de<br>Delete \| Edit | Years : 1<br>Qty: 1<br>Price: 8.4 | NO | | ☑ Remove Fund (?)<br>[Retry & Add] | Check Status |
| purchase | Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | NO | | (?) | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 4619316 | Date: 8/10/2011 9:17:37 AM<br>User: jadmarketingcompany 🔍 | CC Order ID: 269969-24.37.207.46  …<br>Trans ID: 825863484590326908 (?) | | Amount: $30.48/ $30.48<br>Type: CREDIT CARD<br>Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| reactivate | Reactivate equitypublication.com | Years : 1<br>Qty: 1<br>Price: 9.98 | YES | `200:Command completed successfully` | | Check Status |
| reactivate | Reactivate equityreporters.com | Years : 1<br>Qty: 1<br>Price: 9.98 | YES | `200:Command completed successfully` | | Check Status |

| | | | | | |
|---|---|---|---|---|---|
| reactivate | Reactivate thefinancerepublic.com | Years : 1<br>Qty: 1<br>Price: 9.98 | YES | `200:Command completed successfully` | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 4195519 | Date: 5/9/2011 7:36:32 AM<br>User: jadmarketingcompany 🔍 | CC Order ID: 24.37.207.46-JADMARKETINGCOMPA ...<br>Trans ID: 0945320836778284:NNNM: (?) | | Amount: $60.96/ $60.96<br>Type: CREDIT CARD<br>Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| renew | Renew crazypennystocks.com<br>Delete \| Edit | Years : 2<br>Qty: 1<br>Price: 9.98 | YES | `200:Command completed successfully;Old` | | Check Status |
| renew | Renew pennystockgains.com<br>Delete \| Edit | Years : 2<br>Qty: 1<br>Price: 9.98 | YES | `200:Command completed successfully;Old` | | Check Status |
| renew | Renew secretpennystocks.com<br>Delete \| Edit | Years : 2<br>Qty: 1<br>Price: 9.98 | YES | `200:Command completed successfully;Old` | | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 4190990 | Date: 5/7/2011 3:00:47 PM<br>User: jadmarketingcompany 🔍 | CC Order ID: 24.37.207.46-JADMARKETINGCOMPA ...<br>Trans ID: 0154900836266325:NNNM: (?) | | Amount: $142.24/ $142.24<br>Type: CREDIT CARD<br>Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| renew | Renew insanepicks.com<br>Delete \| Edit | Years : 2<br>Qty: 1<br>Price: 9.98 | YES | `200:Command completed successfully;Old` | | Check Status |
| renew | Renew loveforstocks.com<br>Delete \| Edit | Years : 2<br>Qty: 1<br>Price: 9.98 | YES | `200:Command completed successfully;Old` | | Check Status |
| renew | Renew pennystockspassion.com<br>Delete \| Edit | Years : 2<br>Qty: 1<br>Price: 9.98 | YES | `200:Command completed successfully;Old` | | Check Status |
| renew | Renew mybestpennystocks.com<br>Delete \| Edit | Years : 2<br>Qty: 1<br>Price: 9.98 | YES | `200:Command completed successfully;Old` | | Check Status |
| renew | Renew offthewallstocks.com<br>Delete \| Edit | Years : 2<br>Qty: 1<br>Price: 9.98 | YES | `200:Command completed successfully;Old` | | Check Status |

| Type | Name | Info | Success | Error Info | Option | Refund Status |
|---|---|---|---|---|---|---|
| renew | Renew pennystockslove.com  Delete \| Edit | Years : 2  Qty: 1  Price: 9.98 | YES | 200:Command completed successfully;Old | | Check Status |
| renew | Renew pennystocksonfire.com  Delete \| Edit | Years : 2  Qty: 1  Price: 9.98 | YES | 200:Command completed successfully;Old | | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 3749875 | Date: 1/10/2011 11:02:09 PM  User: jadmarketingcompany 🔍 | CC Order ID: 76.170.245.140-JADMARKETINGCOM ...  Trans ID: 0640480776860920:NNNM:(?) | | Amount: $2.88/ $2.88  Type: CREDIT CARD  Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| renew | Renew Whoisguard-protect-one *for awesomepennystocks.com*  Delete \| Edit | Years : 1  Qty: 1  Price: 2.88 | YES | Command completed successfully | | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 3490486 | Date: 10/9/2010 3:31:30 PM  User: jadmarketingcompany 🔍 | CC Order ID: 74.198.12.14-JADMARKETINGCOMPA ...  Trans ID: 0661830734076653:NNNM:(?) | | Amount: $30.48/ $30.48  Type: CREDIT CARD  Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| RENEW | nicepennystocks.com  Delete \| Edit | Years : 1  Qty: 1  Price: 9.98 | YES | Command completed successfully | | Check Status |
| RENEW | otcresearchportal.com  Delete \| Edit | Years : 1  Qty: 1  Price: 9.98 | YES | Command completed successfully | | Check Status |
| RENEW | pennystocksuniverse.com  Delete \| Edit | Years : 1  Qty: 1  Price: 9.98 | YES | Command completed successfully | | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 3478870 | Date: 10/6/2010 12:11:21 AM  User: jadmarketingcompany 🔍 | CC Order ID: 209.213.101.142-ORDR:3478870-TRAN ...  Trans ID: CODE-FUNDS(?) | | Amount: $10.16/ $10.16  Type: FUNDS  Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| RENEW | awesomepennystocks.com  Delete \| Edit | Years : 1  Qty: 1  Price: 9.98 | YES | | | Check Status |

| Type | Name | Info | Success | Error Info | Option | Refund Status |
|---|---|---|---|---|---|---|
| RENEW | pennystocksonfire.com  Delete \| Edit | Years : 1  Qty: 1  Price: 9.69 | YES | Command completed successfully | | Check Status |
| RENEW | secretpennystocks.com  Delete \| Edit | Years : 1  Qty: 1  Price: 9.69 | YES | Command completed successfully | | Check Status |
| RENEW | unrealstocks.com  Delete \| Edit | Years : 1  Qty: 1  Price: 9.69 | YES | Command completed successfully | | Check Status |

| ID (?) | Order Info | Transaction Info | | | Payment Info | Receipt |
|---|---|---|---|---|---|---|
| 2852741 | Date: 4/12/2010 5:58:33 PM  User: jadmarketingcompany 🔍 | CC Order ID: 74.198.12.14-JADMARKETINGCOMPA...  Trans ID: 3203780657529383:NNNM: (?) | | | Amount: $9.69/ $9.69  Type: CREDIT CARD  Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| RENEW | crazypennystocks.com  Delete \| Edit | Years : 1  Qty: 1  Price: 9.69 | YES | Command completed successfully | | Check Status |

| ID (?) | Order Info | Transaction Info | | | Payment Info | Receipt |
|---|---|---|---|---|---|---|
| 2622926 | Date: 1/14/2010 11:44:25 AM  User: jadmarketingcompany 🔍 | CC Order ID: 65.44.205.2-JADMARKETINGCOMPAI...  Trans ID: 2996420619067630:NNNM: (?) | | | Amount: $2.88/ $2.88  Type: CREDIT CARD  Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|
| WHOISGUARD | WhoisGuard Protect One. | Years : 1  Qty: 1  Price: 2.88 | YES | WhoisGuard Purchased | | Check Status |

Total Records: 97    Page No: < Prev  1  Next >    Items/Page: 500   Set

# Order Information

[View Summary(beta)](#)

Enter Order ID: [        ] [search]

Search by user name: [        ] [search]
(enter exact user name. Will list order ids relating to the user)

Search by Domain name: [        ] [search]
(enter exact domain name. Will list order(s) relating to the domain)
[ ex. sample.com ]

| | | | |
|---|---|---|---|
| **Order ID** | 3478870 | **Reference ID** | JADMARKETINGCOMPANYUNRBQE681.401-AUTORENEW |
| **Start** | 10/6/2010 12:11:21 AM | **End** | 10/6/2010 12:11:24 AM |
| **User Name** | jadmarketingcompany | **Credit Card Order ID** | 209.213.101.142-ORDR:3478870-TRAN:4571819 |
| **Credit Card Transaction ID** | CODE-FUNDS | **Credit Card Status** | APPROVED |
| **Credit Card Last4** | FUND | **Name On CC** | |
| **Billed Amount** | 10.16 | **Final Amount** | 10.16 |
| **IP Address** | 209.213.101.142 | **CC Zip** | |
| **Referral** | | **Ad ID** | |

**Address Info not available for Order ID**

## Order Items

| Domain Name | Number of Years | Price Per Year | Total | Type | Success? | Error If Any |
|---|---|---|---|---|---|---|
| **awesomepennystocks.com** | 1 | 9.98 | 9.98 | RENEW | True | |

# Order Information

[View Summary(beta)](#)

Enter Order ID: [_____] [search]

Search by user name: [_____] [search]
(enter exact user name. Will list order ids relating to the user)

Search by Domain name: [_____] [search]
(enter exact domain name. Will list order(s) relating to the domain)
[ ex. sample.com ]

| | | | |
|---|---|---|---|
| **Order ID** | 3490486 | **Reference ID** | 398194-18eab8052d-55925.21 |
| **Start** | 10/9/2010 3:31:30 PM | **End** | 10/9/2010 3:31:53 PM |
| **User Name** | jadmarketingcompany | **Credit Card Order ID** | 74.198.12.14-JADMARKETINGCOMPANY-NC-398194-18EAB8052D-55925.21 |
| **Credit Card Transaction ID** | 0661830734076653:NNNM: | **Credit Card Status** | APPROVED |
| **Credit Card Last4** | 1872 | **Name On CC** | jad tabara |
| **Billed Amount** | 30.48 | **Final Amount** | 30.48 |
| **IP Address** | 74.198.12.14 | **CC Zip** | 87451 |
| **Referral** | | **Ad ID** | |

**Error Info:** ; ;

## Address Information

| | | | |
|---|---|---|---|
| **First Name** | jad | **Last Name** | tabara |
| **Email** | jadmarketingcompany@gmail.com | **Country** | DE |

Above are all Registrant Info. More address info available in database...

## Order Items

| Domain Name | Number of Years | Price Per Year | Total | Type | Success? | Error If Any |
|---|---|---|---|---|---|---|
| **nicepennystocks.com** | 1 | 9.98 | 9.98 | RENEW | True | Command completed successfully |
| **otcresearchportal.com** | 1 | 9.98 | 9.98 | RENEW | True | Command completed successfully |
| **pennystocksuniverse.com** | 1 | 9.98 | 9.98 | RENEW | True | Command completed successfully |

# Order Information

[View Summary(beta)](#)

Enter Order ID: [       ] [search]

Search by user name: [       ] [search]
(enter exact user name. Will list order ids relating to the user)

Search by Domain name: [       ] [search]
(enter exact domain name. Will list order(s) relating to the domain)
[ ex. sample.com ]

| | | | |
|---|---|---|---|
| **Order ID** | 4965455 | **Reference ID** | jadmarketingcompany-184.160.153.153-c0d560398e2048d58ced3939aa8b461f |
| **Start** | 10/18/2011 1:35:17 PM | **End** | |
| **User Name** | jadmarketingcompany | **Credit Card Order ID** | 367614-184.160.153.153 |
| **Credit Card Transaction ID** | 817419724941067560 | **Credit Card Status** | DECLINED |
| **Credit Card Last4** | 1872 | **Name On CC** | john babikian |
| **Billed Amount** | 40.64 | **Final Amount** | 0 |
| **IP Address** | 184.160.153.153 | **CC Zip** | |
| **Referral** | | **Ad ID** | |

**Error Info:** Do Not Honor

## Address Information

| | | | |
|---|---|---|---|
| **First Name** | | **Last Name** | |
| **Email** | | **Country** | |

Above are all Registrant Info. More address info available in database...

## Order Items

| Domain Name | Number of Years | Price Per Year | Total | Type | Success? | Error If Any |
|---|---|---|---|---|---|---|
| **awesomepennystocks.com** | 2 | 9.98 | 19.96 | renew | False | |
| **pennystocksuniverse.com** | 2 | 9.98 | 19.96 | renew | False | |

## Order Information

View Summary(beta)

Enter Order ID: [      ] search

Search by user name: [      ] search
(enter exact user name. Will list order ids relating to the user)

Search by Domain name: [      ] search
(enter exact domain name. Will list order(s) relating to the domain)
[ ex. sample.com ]

| | | | |
|---|---|---|---|
| **Order ID** | 4965469 | **Reference ID** | jadmarketingcompany-184.160.153.153-758c684a9a4a45479c014d8c33a373ef |
| **Start** | 10/18/2011 1:37:18 PM | **End** | 10/18/2011 1:37:23 PM |
| **User Name** | jadmarketingcompany | **Credit Card Order ID** | 184.160.153.153-JADMARKETINGCOMPANY-NC-TRAN:6444012-1318945038.447 |
| **Credit Card Transaction ID** | 81226619W73814921 | **Credit Card Status** | COMPLETED |
| **Credit Card Last4** | PE | **Name On CC** | |
| **Billed Amount** | 40.64 | **Final Amount** | 40.64 |
| **IP Address** | 184.160.153.153 | **CC Zip** | |
| **Referral** | | **Ad ID** | |

### Address Information

| | | | |
|---|---|---|---|
| **First Name** | | **Last Name** | |
| **Email** | | **Country** | |

Above are all Registrant Info. More address info available in database...

### Order Items

| Domain Name | Number of Years | Price Per Year | Total | Type | Success? | Error If Any |
|---|---|---|---|---|---|---|
| awesomepennystocks.com | 2 | 9.98 | 19.96 | renew | True | 200:Command completed successfully;Old Expiry:11/5/2011 8:42:11 PM; New Expiry:11/5/2013 8:42:11 PM |
| pennystocksuniverse.com | 2 | 9.98 | 19.96 | renew | True | 200:Command completed successfully;Old Expiry:11/5/2011 8:25:16 PM; New Expiry:11/5/2013 8:25:16 PM |

# Transaction Details

 **OK to ship**

**Payment Status:** Completed

**What should I do now?**

- Ship to the buyer's address on this page.
- Ship using a shipping service that provides signature confirmation.
- Save all tracking information or other proof of shipment.

Tips to sell securely

**Seller Protection**

Eligible (More about Seller Protection)

**Seller Protection address**

john babikian
1300 alain grandbois suite 701
montreal Quebec  h4n 0a2
Canada
**Confirmed**

**Express Checkout Payment Received** (Unique Transaction ID #81226619W73814921)

|  |  |
|---:|---|
| **Name:** | john babikian (The sender of this payment is **Non-U.S. - Verified**) |
| **Email:** | mapleboyone@gmail.com |
| **Payment Sent to:** | payments@namecheap.com |

|  |  |
|---:|---|
| Total amount: | $40.64 USD |
| Fee amount: | -$1.48 USD |
| Net amount: | $39.16 USD |

|  |  |
|---:|---|
| Item amount: | $40.64 USD |
| Sales Tax: | $0.00 USD |
| Shipping: | $0.00 USD |
| Handling: | $0.00 USD |
| Quantity: | 1 |

|  |  |
|---:|---|
| **Invoice ID:** | jadmarketingcompany-184.160.153.153-758c684a9a4a45479c014d8c33a373ef |
| **Date:** | Oct 18, 2011 |

**Time:** 10:40:47 PDT
**Status:** Completed

**Payment Type:** Instant

**Shipping:**
[ Print Packing Slip | Add Tracking Info ]

**Description:** john babikian has just sent you $40.64 USD with PayPal
**Refund:**
To refund this payment in part or full for any reason, please use the Send Money tab. The Refund Payment option is available for 120 days after a payment was sent.

Return to Search Page    Return to Log

# Order Detail Report

Prepared For:Order #: 24.37.207.46-JADMARKETINGCOMPANY-NC-6B26AE9E320D47AC96ED2EFEE4B28BB3
Order Date: 05/09/2011 04:36:49 AM

| Billing Address Information | |
|---|---|
| User ID | jadmarketingcompany |
| Has Shipped | Y |
| Name | john babikian |
| Company | boersen group |
| Address 1 | 570 splugenstrasse |
| Address 2 | |
| City | munich |
| State/Province | munich |
| Zip/Postal Code | 87451 |
| Country | DE |
| **Shipping Address Information** | |
| Name | |
| Address 1 | |
| Address 2 | |
| City | |
| State/Province | |
| Zip/Postal Code | |
| Country | |
| **Contact Information** | |
| Customer ID | |
| Phone | +1.4908921250 |
| Email | jadmarketingcompany@gmail.com |
| Fax | |
| IP Address | 24.37.207.46 |
| **General Info:** | |
| Transaction origin: | Electronic Commerce (internet) |
| **Where they heard about you** | |
| Namecheap.com add funds | |

| 1. | **Order Payment (Account:jadmarketingcompany)** |
|---|---|

| Item ID: | ADD-FUNDS |
|---|---:|
| Quantity: | 1 |
| Price: | 60.96 |
| Item Total: | 60.96 |

|  |  |
|---:|---:|
| Subtotal | 60.96 |
| Shipping | 0.00 |
| Tax | 0.00 |
| Total | 60.96 |

| | Date | User ID | Type | Card Number | Exp Date | Approval | Amount | Receipt |
|---|---|---|---|---|---|---|---|---|
| | 05/09/2011 04:36:49 AM | jadmarketingcompany | Sale | ..1872 | 03/2014 | Y:0945320836778284:NNNM: | 60.96 | Show Receipt |
| | **Comments:** | | | | | | | |
| | Return Order | | | | | | | |