# SUMMARY INFORMATION FOR JOHN BABIKIAN

## CUSTOMER SUMMARY FOR JOHN BABIKIAN

| | |
|---|---|
| Title: | john babikian |
| Applicant ID: | 836916 |
| Type: | INDIVIDUAL |
| Legal Country: | Canada |
| Mailing Address: | 1300 alain grandbois apt 701, montreal, QC, h4n0a2, Canada |
| E-mail Address | johnjackinc@gmail.com |
| Primary user name: | johnb383 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

## ACCOUNTS OF JOHN BABIKIAN

| | ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|---|
| ○ | 3487 | 3487 | Active Trader | STK MRGN | Closed | LOW | 0 USD |
| ○ | 33487 | 3487 | Active Trader | STK MRGN | Open. | LOW | 12,072 USD |

## ACCOUNT SUMMARY FOR U833487

### U833487

| | | | |
|---|---|---|---|
| ID: | U833487 (VAN: U833487) | Equity yesterday: | 0 USD |
| Type: | Active Trader | Started: | 06 Dec 2009 |
| Activated Capabilities: | STK MRGN | Approved: | 01 Feb 2010 |
| Status: | Closed    Clearing Status | Opened: | 01 Feb 2010 |
| Phylum: | C - Customer | Funded: | 01 Feb 2010 |
| Priority | LOW Change Priority | Closed: | 09 Nov 2013 |
| IB Entity: | IB-CA | Operator: | |
| Currency: | USD | Estate: | |

TMS tickets          TMS sticky notes          Assign to ASG          Account Diagnostic

## ACCOUNT APPROVAL DECISION

| DATE OPENED | DATE CLOSED |
|---|---|
| 2010-02-01 16:31:05 | 2013-11-09 15:53:06 |
| 2009-12-14 16:30:58 | 2010-01-29 16:04:13 |

**Decision:** Accepted   (Reopen)

**Proclamations:**
**Deciding User:** jbernier
**Deciding Time:** 01 Feb 2010 09:49:35 EST