| | | | | | |
|---|---|---|---|---|---|
| 3487 | johnb383 | 24.37.207.46 | 1309272791 | 6/28/2011 10:53 | |
| 3487 | johnb383 | 24.37.207.46 | 1309272823 | 6/28/2011 10:53 | |
| 3487 | johnb383 | 24.37.207.46 | 1309273471 | 6/28/2011 11:04 | 9120 |
| 3487 | johnb383 | 24.37.207.46 | 1309273472 | 6/28/2011 11:04 | |
| 3487 | johnb383 | 76.170.245.140 | 1310576114 | 7/13/2011 12:55 | 9120 |
| 3487 | johnb383 | 76.170.245.140 | 1310576114 | 7/13/2011 12:55 | |
| 3487 | johnb383 | 24.37.207.46 | 1312403665 | 8/3/2011 16:34 | 9120 |
| 3487 | johnb383 | 24.37.207.46 | 1312403665 | 8/3/2011 16:34 | |
| 3487 | johnb383 | 24.37.207.46 | 1312467903 | 8/4/2011 10:25 | 9120 |
| 3487 | johnb383 | 24.37.207.46 | 1312467904 | 8/4/2011 10:25 | |
| 3487 | johnb383 | 24.37.207.46 | 1312467904 | 8/4/2011 10:25 | |
| 3487 | johnb383 | 24.37.207.46 | 1312863093 | 8/9/2011 0:11 | |
| 3487 | johnb383 | 24.37.207.46 | 1312863092 | 8/9/2011 0:11 | 9120 |
| 3487 | johnb383 | 24.37.207.46 | 1312891860 | 8/9/2011 8:11 | 9120 |
| 3487 | johnb383 | 24.37.207.46 | 1312891861 | 8/9/2011 8:11 | |
| 3487 | johnb383 | 84.253.177.44 | 1314726044 | 8/30/2011 13:40 | 9120 |
| 3487 | johnb383 | 84.253.177.44 | 1314747645 | 8/30/2011 19:40 | |
| 3487 | johnb383 | 76.94.134.16 | 1330457214 | 2/28/2012 14:26 | 9220 |
| 3487 | johnb383 | 76.94.134.16 | 1330457215 | 2/28/2012 14:26 | |
| 3487 | johnb383 | 76.94.134.16 | 1333037391 | 3/29/2012 12:09 | 9220 |
| 3487 | johnb383 | 76.94.134.16 | 1333037392 | 3/29/2012 12:09 | |
| 3487 | johnb383 | 76.94.134.16 | 1333037392 | 3/29/2012 12:09 | |
| 3487 | johnb383 | 184.163.111.93 | 1337566538 | 5/20/2012 22:15 | |
| 3487 | johnb383 | 184.163.111.93 | 1337566537 | 5/20/2012 22:15 | 9220 |
| 3487 | johnb383 | 90.84.144.226 | 1354710698 | 12/5/2012 7:31 | 9270 |
| 3487 | johnb383 | 90.84.144.226 | 1354710726 | 12/5/2012 7:32 | 9270 |
| 3487 | johnb383 | 90.84.144.226 | 1354732303 | 12/5/2012 13:31 | |
| 3487 | johnb383 | 90.84.144.226 | 1354732330 | 12/5/2012 13:32 | |
| 3487 | johnb383 | 98.154.51.5 | 1366384526 | 4/19/2013 11:15 | |
| 3487 | johnb383 | 98.154.51.5 | 1367264285 | 4/29/2013 15:38 | 9320 |
| 3487 | johnb383 | 98.154.51.5 | 1367264396 | 4/29/2013 15:39 | 9320 |