## 802I - AMERICA WEST RESOURCES, INC.
**Certificate Transaction Journal**
**Transaction Number 1852 Stock Class CS2**
**Control ID:**                              **New Issue**

11/12/2010  1:17 pm
Page 1 of 1

**Transaction Date 11/12/10**

| Registration | Certif. No | | Canceled | Issued | |
|---|---|---|---|---|---|
| BABIKIAN, JOHN JACK<br>ATLANTIS REEF<br>NASSAU, BAHAMAS | CS2 | 5579 | | 416,667 | Restricted |
| CAGGESE, COSIMO &<br>JOSEPHINE CAGGESE JTWROS<br>JT TEN WROS<br>528 ANCHOR COURT<br>KILL DEVIL, NC 27948 | CS2 | 5580 | | 20,833 | Restricted |
| BROWNSTEIN, MARK<br>21 KERNVILLE<br>IRVINE, CA 92602 | CS2 | 5581 | | 41,667 | Restricted |
| | | | 0 | 479,167 | |

AWSR-03803