## 802I - AMERICA WEST RESOURCES, INC.

04/29/2011 10:41 am
Page 1 of 1

Certificate Transaction Journal
Transaction Number 1951 Stock Class CS2
Control ID:    New Issue

Transaction Date 04/29/11

| Registration | Certif. No | | Canceled | Issued | |
|---|---|---|---|---|---|
| UPTICK CAPITAL LLC<br>30 MORGAN ST<br>STAMFORD, CT 06905 | CS2 | 5763 | | 25,000 | Restricted |
| PAUL GAUTIER<br>% RIVERSTONE WEALTH MGMT<br>7801 CAPITAL TX HWY #310<br>AUSTIN, TX 78731 | CS2 | 5764 | | 75,000 | Restricted |
| JAVIER LARREA<br>% RIVERSTONE WEALTH MGMT<br>7801 CAPITAL TX HWY #310<br>AUSTIN, TX 78731 | CS2 | 5765 | | 37,500 | Restricted |
| BRIAN SMITH<br>% RIVERSTONE WEALTH MGMT<br>7801 CAPITAL TX HWY #310<br>AUSTIN, TX 78731 | CS2 | 5766 | | 37,500 | Restricted |
| RIVERSTONE WEALTH MANAGEMENT INC<br>7801 CAPITAL TX HWY #310<br>AUSTIN, TX 78731 | CS2 | 5767 | | 50,000 | Restricted |
| JOHN THOMAS BRIDGE & OPPORTUNITY FUND<br>3 RIVERWAY SUITE 1800<br>HOUSTON, TX 77056 | CS2 | 5768 | | 4,579 | Restricted |
| BABIKIAN, JOHN JACK<br>ATLANTIS REEF<br>NASSAU, BAHAMAS | CS2 | 5769 | | 550,000 | Restricted |
| | | | 0 | 779,579 | |