Hm- 85105752.

### CERTIFICATE OF SOLE PROPRIETORSHIP

Please be advised that I, __John Babikian__, am the Sole Signing Officer and Director for __Caldwell Ventures__.

Therefore, all corporate documents will only be executed by myself, as there are no other authorized parties.

X _____
(Sole Signing Officer and Director)

X __Caldwell Ventures__
(Company)

X __Apr 31, 2011__      ⟵ Date
(Date)

(Medallion Guarantee)

SEC-SterneAgee-E-0000052