

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT.
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA.

NUMBER

5762

AUTHORIZED COMMON STOCK:
PAR VALUE: $.0001
300,000,000 SHARES

# AMERICA WEST
## RESOURCES

SHARES

CUSIP NO. 02365V 20 5

THE SHARES REPRESENTED BY THIS CERTIFICATE HAVE NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AND MAY NOT BE SOLD, TRANSFERRED OR OTHERWISE DISPOSED UNLESS, IN THE OPINION OF COUNSEL, SATISFACTORY TO THE ISSUER, THE TRANSFER QUALIFIES FOR AN EXEMPTION FROM OR EXEMPTION TO THE REGISTRATION PROVISIONS THEREOF."

THIS CERTIFIES THAT          ***JOHN  JACK  BABIKIAN***

IS THE RECORD HOLDER OF          ***FIVE  HUNDRED  THOUSAND***

Shares of **AMERICA WEST RESOURCES, INC.** Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:     APRIL 28, 2011

SECRETARY

PRESIDENT

Countersigned and Registered
Nevada Agency and Transfer Company
50 West Liberty Street • Suite 880 • Reno, Nevada 89501

Authorized Signature

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT          Countersigned & Registered

AWSR-07110