**802I - AMERICA WEST RESOURCES, INC.**
**Certificate Transaction Journal**
**Transaction Number 1950 Stock Class CS2**
**Control ID:**                          **New Issue**

04/28/2011 10:18 am
Page 1 of 1

**Transaction Date 04/28/11**

| Registration | Certif. No | | Canceled | Issued | |
|---|---|---|---|---|---|
| BABIKIAN, JOHN JACK<br>ATLANTIS REEF<br>NASSAU, BAHAMAS | CS2 | 5762 | | 500,000 | Restricted |
| | | | 0 | 500,000 | |

AWSR-07130