

JOHN BABIKIAN
THE REEF ATLANTIS
NASSAU
BAHAMAS

FINANCIAL ADVISOR:
THOMAS BELESIS
14 WALL STREET 23RD FL • NEW YORK NY 10005
(212) 299-7800
Branch Code: HM03

SIPC

PAGE 1 of 4

# JOHN BABIKIAN
## INVESTMENT ACCOUNT SUMMARY

ACCOUNT NUMBER   5752
Statement Period: to 05/31/11

| ASSET SUMMARY | This Month | Prior Month |
|---|---|---|
| Cash or Cash Equivalents | $0.12 | $0.00 |
| Equities | 1,984,500.00 | 0.00 |
| Total Invested Assets | 1,984,500.12 | 0.00 |
| Total Account Value | $1,984,500.12 | $0.00 |
| Total Combined Value | $1,984,500.12 | $0.00 |

| CASH ACTIVITY | This Period |
|---|---|
| Opening Balance | $0.00 |
| Deposits | 3,000,000.00 |
| Checking, Debit Card, Cash Withdrawals | (3,000,000.00) |
| Net Dividend | 0.14 |
| Net Money Market Activity | (0.14) |
| Ending Balance | $0.00 |

| EARNINGS SUMMARY | This Period | Year-to-Date |
|---|---|---|
| Money Fund Earnings | $0.14 | $0.14 |
| Total Income | $0.14 | $0.14 |

Introduced through Sterne Agee Clearing, Inc. Account carried by Sterne, Agee & Leach Inc.

SEC-SterneAgee-E-0000026



JOHN THOMAS FINANCIAL

JOHN BABIKIAN

INVESTMENT ACCOUNT

SIPC

PAGE 3 of 4

| Account Number | 5752 | Statement Period: to 05/31/11 |

## Portfolio Holdings - Cash and Cash Equivalents

| Amount | Description | Yield |
|---|---|---|
| 0.12 | PRIME CASH TRUST | 0.01% |

| **Total Cash and Cash Equivalents** | 0.12 |
| **Percentage of Total Invested Assets** | 0.00% |

## Portfolio Holdings - Equities

**Common Stocks**

| Total Shares | Description | Symbol | Price | Current Value | Est. Annual Income | Shares Purchased | Unit Cost | Cost Basis | Unrealized Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 1,050,000 | AMERICA WEST RES INC NEW RESTRICTED | | 1.89 | 1,984,500.00 | | 1,050,000 | Unavailable | Unavailable | Unavailable |
| **Total Common Stocks** | | | | 1,984,500.00 | Unavailable | | | Unavailable | Unavailable |

| **Percentage of Total Equities** | 100.00% |
| **Percentage of Total Invested Assets** | 100.00% |