

JOHN BABIKIAN
THE REEF ATLANTIS
NASSAU
BAHAMAS

FINANCIAL ADVISOR:
THOMAS BELESIS
14 WALL STREET 23RD FL • NEW YORK NY 10005
(212) 299-7800
Branch Code: HM03

SIPC

JOHN THOMAS FINANCIAL

PAGE 1 of 7

# JOHN BABIKIAN
## INVESTMENT ACCOUNT SUMMARY

ACCOUNT NUMBER   5752
Statement Period: 06/01/11 to 06/30/11

| ASSET SUMMARY | This Month | Prior Month |
|---|---|---|
| Cash or Cash Equivalents | $0.12 | $0.12 |
| Equities | 0.00 | 1,984,500.00 |
| Total Invested Assets | 0.12 | 1,984,500.12 |
| Total Account Value | $0.12 | $1,984,500.12 |
| Total Combined Value | $0.12 | $1,984,500.12 |

| CASH ACTIVITY | This Period |
|---|---|
| Opening Balance | $0.00 |
| Ending Balance | $0.00 |

| EARNINGS SUMMARY | This Period | Year-to-Date |
|---|---|---|
| Money Fund Earnings | $0.00 | $0.14 |
| Total Income | $0.00 | $0.14 |

Introduced through Sterne Agee Clearing, Inc. Account carried by Sterne, Agee & Leach Inc.

SEC-SterneAgee-E-0000018



JOHN BABIKIAN

JOHN THOMAS FINANCIAL

INVESTMENT ACCOUNT

SIPC

PAGE 7 of 7

ACCOUNT NUMBER  5752

Statement Period: 06/01/11 to 06/30/11

## OTHER BOOKKEEPING

| Date | Transaction | Quantity | Description | Amount |
|---|---|---|---|---|
| 06/08/11 | RECEIVED | 416,667 | AMERICA WEST RES INC NEW RESTRICTED | |
| 06/14/11 | DELIVERED | (550,000) | AMERICA WEST RES INC NEW RESTRICTED | |
| 06/14/11 | DELIVERED | (500,000) | AMERICA WEST RES INC NEW RESTRICTED | |
| 06/14/11 | DELIVERED | (416,667) | AMERICA WEST RES INC NEW RESTRICTED | |

**End of Statement**

SEC-SterneAgee-E-0000024