

JOHN BABIKIAN  
THE REEF ATLANTIS  
NASSAU  
BAHAMAS

FINANCIAL ADVISOR:  
THOMAS BELESIS  
14 WALL STREET 23RD FL • NEW YORK NY 10005  
(212) 299-7800  
Branch Code: HM03

SIPC

JOHN THOMAS FINANCIAL

PAGE 1 of 4

# JOHN BABIKIAN
## INVESTMENT ACCOUNT SUMMARY

ACCOUNT NUMBER  5752  
Statement Period: 07/01/11 to 08/31/11

| ASSET SUMMARY | This Month | Prior Month |
|---|---|---|
| Cash or Cash Equivalents | $0.00 | $0.12 |
| Equities | 953,333.55 | 0.00 |
| Total Invested Assets | 953,333.55 | 0.12 |
| Less Debit Balance | (99.88) | 0.00 |
| Total Account Value | $953,233.67 | $0.12 |
| Total Combined Value | $953,233.67 | $0.12 |

| CASH ACTIVITY | This Period |
|---|---|
| Opening Balance | $0.00 |
| Net Money Market Activity | 0.12 |
| Net Other Bookkeeping | (100.00) |
| Ending Balance | $(99.88) |

| EARNINGS SUMMARY | This Period | Year-to-Date |
|---|---|---|
| Money Fund Earnings | $0.00 | $0.14 |
| Total Income | $0.00 | $0.14 |

Introduced through Sterne Agee Clearing, Inc. Account carried by Sterne, Agee & Leach Inc.



JOHN BABIKIAN

INVESTMENT ACCOUNT

JOHN THOMAS FINANCIAL

SIPC

PAGE 3 of 4

ACCOUNT NUMBER  5752

Statement Period: 07/01/11 to 08/31/11

## PORTFOLIO HOLDINGS - CASH AND CASH EQUIVALENTS

| Amount | Description | Yield |
|---|---|---|
| (99.88) | Cash Account Balance | |
| **Total Cash and Cash Equivalents** | | (99.88) |
| **Percentage of Total Invested Assets** | | (0.01)% |

## PORTFOLIO HOLDINGS - EQUITIES

**Common Stocks**

| Total Shares | Description | Symbol | Price | Current Value | Est. Annual Income | Shares Purchased | Unit Cost | Cost Basis | Unrealized Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 966,667 | AMERICA WEST RES INC NEW | AWSR | 0.65 | 628,333.55 | | 966,667 | Unavailable | Unavailable | Unavailable |
| 500,000 | AMERICA WEST RES INC NEW RESTRICTED | | 0.65 | 325,000.00 | | 500,000 | Unavailable | Unavailable | Unavailable |
| **Total Common Stocks** | | | | 953,333.55 | Unavailable | | | Unavailable | Unavailable |
| **Percentage of Total Equities** | | | | 100.00% | | | | | |
| **Percentage of Total Invested Assets** | | | | 100.00% | | | | | |

SEC-SterneAgee-E-0000015



JOHN BABIKIAN

INVESTMENT ACCOUNT

SIPC

PAGE 4 *of* 4

ACCOUNT NUMBER           5752                                    Statement Period: 07/01/11 to 08/31/11

## MONEY MARKET ACTIVITY

| Date | Transaction | Quantity | Description | Amount |
|---|---|---|---|---|
| 08/15/11 | SALE | | PRIME CASH TRUST | 0.12 |
| **Total Money Market Credits** | | | | 0.12 |

## OTHER BOOKKEEPING

| Date | Transaction | Quantity | Description | Amount |
|---|---|---|---|---|
| 08/09/11 | RECEIVED | 1,466,667 | AMERICA WEST RES INC NEW RESTRICTED | |
| 08/12/11 | CHARGE | | RESTRICTED SECURITY CLE/ | (100.00) |
| 08/16/11 | EXCHANGE | 966,667 | AMERICA WEST RES INC NEW | |
| 08/16/11 | EXCHANGE | (966,667) | AMERICA WEST RES INC NEW RESTRICTED | |
| **Total Other Bookkeeping Debits** | | | | (100.00) |

End of Statement

SEC-SterneAgee-E-0000016