**802I - AMERICA WEST RESOURCES, INC.**  
**Certificate Transaction Journal**  
**Transaction Number 2060 Stock Class CS2**  
**Control ID: STTK000000001938**     Transfer

08/15/2011  8:14 am  
Page 1 of 1

**Transaction Date 08/15/11**

| Registration | Certif. No | | Canceled | Issued | |
|---|---|---|---|---|---|
| BABIKIAN, JOHN JACK<br>ATLANTIS REEF<br>NASSAU, BAHAMAS | CS2 | 5579 | 416,667 | | Restricted |
| JOHN BABIKIAN<br>1004 - 10332 PAUL COMTOIS<br>MONTREAL, QC H4N 3B5 | CS2 | 5770 | 550,000 | | Restricted |
| STERNE AGEE & LEACH INC<br>TWO PERIMETER PARK SOUTH<br>SUITE 100 WEST<br>BIRMINGHAM, AL 35243 | CS2 | 5968 | | 966,667 | |
| | | | 966,667 | 966,667 | |