**064751**
64751

# NEVADA AGENCY AND TRANSFER COMPANY
50 WEST LIBERTY, SUITE 880, RENO, NEVADA 89501 • TELEPHONE (775) 322-0626

DATE   8/15/2011

AMERICA WEST RESOURCES INC.   AMERICAN PLAZA II
57 W 200 S SUITE 400
SALT LAKE CITY UT   84101

WE ACKNOWLEDGE RECEIPT OF CERTIFICATES OF STOCK OF THE ABOVE COMPANY AS FOLLOWS:

| CERTIFICATE NUMBER | NAME | NUMBER OF SHARES |
|---|---|---|
| 5579 | BABIKIAN, JOHN JACK — CANCELED | 416667 |
| 5770 | BABIKIAN, JOHN — CANCELED | 550000 |
|  | RESTRICTED - 144 LEGEND |  |
|  | LEGEND REMOVED IN COMPLIANCE WITH RULE 144 — CANCELED |  |
|  |  | 966667 |

ISSUED AS FOLLOWS:

| CERTIFICATE NUMBER | NAME | NUMBER OF SHARES |
|---|---|---|
| 5968 | STERNE AGEE & LEACH INC — ISSUED  SH # 00918  SUITE 100 WEST  TWO PERIMETER PARK SOUTH  BIRMINGHAM AL  35243 | 30.00 |
|  | LEGEND REMOVAL FEE — ISSUED  CERT SENT VIA FEDEX  #439421303692 | 50.00 |
|  | ISSUED | 966667 |

STERNE AGEE & LEACH INC
SUITE 100 WEST
2 PERIMETER PARK SOUTH
BIRMINGHAM AL   35243

OUR CHARGES FOR THE ABOVE TRANSFERS ARE AS FOLLOWS:

ISSUING   CERTIFICATES @   1         30.00   EACH
OTHER CHARGES                        50.00

TOTAL AMOUNT DUE   *** 80.00 PAID ***   PAID BY CHECK #   189579