## 802I - AMERICA WEST RESOURCES, INC.

**Certificate Transaction Journal**
**Transaction Number 2062 Stock Class CS2**
**Control ID: STTK000000001980**          Transfer

08/22/2011  8:20 am
Page 1 of 1

**Transaction Date 08/22/11**

| Registration | Certif. No | | Canceled | Issued |
|---|---|---|---|---|
| STERNE AGEE & LEACH INC<br>TWO PERIMETER PARK SOUTH<br>SUITE 100 WEST<br>BIRMINGHAM, AL 35243 | CS2 | 5968 | 966,667 | |
| CEDE & CO<br>BOWLING GREEN STATION<br>PO BOX 222<br>NEW YORK, NY 10274 | CS2 | 5970 | | 966,667 |
| | | | 966,667 | 966,667 |