**064833**
64833

# NEVADA AGENCY AND TRANSFER COMPANY
50 WEST LIBERTY, SUITE 880, RENO, NEVADA 89501 • TELEPHONE (775) 322-0626

DATE 8/22/2011

AMERICA WEST RESOURCES
INC.   AMERICAN PLAZA II
57 W 200 S SUITE 400
SALT LAKE CITY UT  84101

DEPOSITORY TRUST CO
PO BOX 222
BOWLING GREEN STATION
NEW YORK, NY    10274

WE ACKNOWLEDGE RECEIPT OF CERTIFICATES OF STOCK OF THE ABOVE COMPANY AS FOLLOWS:

| CERTIFICATE NUMBER | NAME | NUMBER OF SHARES |
|---|---|---|
| 5968 | STERNE AGEE & LEACH INC  CANCELED | 966667 |
|  | CANCELED |  |
|  | CANCELED |  |
|  | CANCELED |  |
|  |  | 966667 |

| CERTIFICATE NUMBER | NAME | NUMBER OF SHARES |
|---|---|---|
| 5970 | CEDE & CO     ISSUED<br>SH # 00082<br>PO BOX 222<br>BOWLING GREEN STATION<br>NEW YORK NY    10274 | 966667 |
|  | ISSUED |  |
|  | ISSUED |  |
|  | ISSUED | 30.00 |
|  |  | 966667 |

OUR CHARGES FOR THE ABOVE TRANSFERS ARE AS FOLLOWS:

ISSUING         1   CERTIFICATES @         30.00   EACH        30.00   PAID *** PAID BY CHECK # 40982508
OTHER CHARGES

TOTAL AMOUNT DUE

AWSR-10577