

JOHN BABIKIAN
THE REEF ATLANTIS
NASSAU
BAHAMAS

FINANCIAL ADVISOR:
THOMAS BELESIS
14 WALL STREET 23RD FL • NEW YORK NY 10005
(212) 299-7800
Branch Code: HM03

SIPC

PAGE 1 of 4

# JOHN BABIKIAN

## INVESTMENT ACCOUNT SUMMARY

ACCOUNT NUMBER 5752
Statement Period: 10/01/11 to 10/31/11

| ASSET SUMMARY | This Month | Prior Month |
|---|---|---|
| Equities | 325,000.00 | 1,100,000.25 |
| Total Invested Assets | 325,000.00 | 1,100,000.25 |
| Less Debit Balance | (99.88) | (99.88) |
| Total Account Value | $324,900.12 | $1,099,900.37 |
| Total Combined Value | $324,900.12 | $1,099,900.37 |

| CASH ACTIVITY | This Period |
|---|---|
| Opening Balance | $(99.88) |
| Ending Balance | $(99.88) |

| EARNINGS SUMMARY | This Period | Year-to-Date |
|---|---|---|
| Money Fund Earnings | $0.00 | $0.14 |
| Total Income | $0.00 | $0.14 |

Introduced through Sterne Agee Clearing, Inc. Account carried by Sterne, Agee & Leach Inc.

SEC-SterneAgee-E-0000038

 JOHN BABIKIAN

INVESTMENT ACCOUNT



PAGE 2 of 4

# JOHN BABIKIAN
## INVESTMENT ACCOUNT

ACCOUNT NUMBER 5752

Statement Period: 10/01/11 to 10/31/11

### IMPORTANT INFORMATION ABOUT YOU

Under Securities and Exchange Rule 17a-3 Books and Records Requirements, the following information * must be presented for your review. Your Broker Dealer makes investment recommendations or suitability determinations based in part on the financial information shown below originally obtained from you upon the occasion of opening your account or through adjustments as directed by you. Please review this data and if you find inaccuracies or incomplete information please call the branch office serving your account indicated on the first page of this statement.

**Primary Account Holder Information**
Annual Income: $2,500,000 or more
Associated Person of a Member Firm: No
Occupation: Sales/Retail
Telephone Number: 347.855.6854

Liquid Net Worth: $2,500,000 or more
(net worth less value of primary residence)
Investment Objectives:  Speculation + Aggressive
(visit www.salclient.com for Investment Objective definitions)

* To prevent possible improper use of certain information (identity theft) we have omitted your social security/tax identification number as well as date of birth as shown on our records.

SEC-SterneAgee-E-0000039



JOHN BABIKIAN

INVESTMENT ACCOUNT

SIPC

PAGE 3 of 4

| Account Number | 5752 | Statement Period: 10/01/11 to 10/31/11 |

## PORTFOLIO HOLDINGS - CASH AND CASH EQUIVALENTS

| Amount | Description | Yield |
|---|---|---|
| (99.88) | Cash Account Balance | |

**Total Cash and Cash Equivalents** (99.88)

**Percentage of Total Invested Assets** (0.03)%

## PORTFOLIO HOLDINGS - EQUITIES

**Common Stocks**

| Total Shares | Description | Symbol | Price | Current Value | Est. Annual Income | Shares Purchased | Unit Cost | Cost Basis | Unrealized Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 500,000 | AMERICA WEST RES INC NEW RESTRICTED | | 0.65 | 325,000.00 | | 500,000 | Unavailable | Unavailable | Unavailable |

**Total Common Stocks** 325,000.00  Unavailable   Unavailable Unavailable

**Percentage of Total Equities** 100.00%

**Percentage of Total Invested Assets** 100.00%

SEC-SterneAgee-E-0000040



JOHN BABIKIAN

INVESTMENT ACCOUNT

SIPC

PAGE 4 *of* 4

ACCOUNT NUMBER      5752

Statement Period: 10/01/11 to 10/31/11

## OTHER BOOKKEEPING

| Date | Transaction | Quantity | Description | Amount |
|---|---|---|---|---|
| 10/13/11 | TRANSFER A/C | 966,667 | AMERICA WEST RES INC NEW | |
| 10/13/11 | TRANSFER A/C | (966,667) | AMERICA WEST RES INC NEW | |
| 10/27/11 | TRANSFER A/C | (966,667) | AMERICA WEST RES INC NEW | |

**End of Statement**

SEC-SterneAgee-E-0000041

**GENERAL INFORMATION**

1) Sterne, Agee & Leach, Inc. ("SALI") carries your account pursuant to a clearing agreement governed by FINRA Rule 4311, for your introducing broker-dealer ("IBD") whose name appears on the front page of this statement. SALI may accept without further inquiry or investigation, any instructions from your IBD relating to transactions in your account, including instructions for the withdrawal or transfer of property to or from your account. SALI is not responsible or liable for any acts or omissions of your IBD or its employees, is not responsible to supervise them, and does not provide investment advice or make suitability determinations for them. Your IBD is responsible to adhere to all applicable securities laws and regulations and for the supervision of its associated persons. Further, your IBD is also responsible for, among other things, approving the opening of accounts and obtaining necessary documents; the acceptance, and in certain instances, the execution of orders; the suitability determination of those orders; providing investment advice and the ongoing relationship it has with you. For additional information regarding the division of responsibilities between your IBD and SALI, please refer to the disclosure document you were provided at account opening.

2) All transactions are subject to the rules and customs of the market or exchange and the clearing house, if any, where such transactions are executed, your account agreement(s), and where appropriate, the Federal Reserve Board, the U.S. Securities and Exchange Commission and of the Financial Industry Regulatory Authority ("FINRA").

3) Whenever you are indebted to SALI for any amount, all securities held by it for you in any account which you have an interest shall secure your liabilities to SALI. SALI may, at its sole discretion and without notice to you, close or reduce any or all of your accounts by public or private sale or purchase of all or any securities carried in such accounts; any balance due remaining shall be promptly paid by you.

4) Cash received or paid and securities received or delivered are shown as-of the date of each transaction, while purchases and sales of securities are shown as-of trade date.

5) If this account is a margin account, this is a combined statement of your general account and special memorandum account maintained for you under Regulation T as issued by the Board of Governors of the Federal Reserve System. The permanent record of your special memorandum account is available for inspection upon your request.

6) A financial statement of SALI is available for your inspection at our offices. A copy will be mailed to you upon your written request or you can view it online at www.sterneagee.com.

7) This statement should be retained for your records.

8) In order for your IBD to make proper recommendations relative to your account, it is incumbent upon you to promptly notify your IBD when your financial situation and/or investment objectives change.

9) SALI is required by federal law to provide you and the Internal Revenue Service with tax reporting information relative to your account. SALI does not provide tax advice. Investors must consult their own tax advisors to make appropriate tax treatment determinations. Your statement is not an official accounting of gains and losses. Please refer to your records, trade confirmations, and your Consolidated Form 1099.

**ACCOUNT PROTECTION** - Sterne, Agee & Leach, Inc. ("SALI") is a member of the Securities Investors Protection Corporation ("SIPC"). The SIPC protects clients of its member firms against the loss of their securities in the event of the member's insolvency and liquidation. Clients are insured up to a maximum of $500,000, including up to $250,000 in cash balances. For more information about SIPC coverage, an explanatory brochure is available at www.sipc.org or call SIPC at (202)371.8300. SALI provides additional coverage through Lloyd's of London for $24.5 million, including up to $900,000 in cash balances, with an aggregate policy limit of $100 million.

**CALLABLE SECURITIES** - Securities held for you at SALI or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other customers. In the event securities so held are called by the issuer, the determination as to which specific customers are impacted will be determined by an impartial random selection process. Should any of your securities be so selected, they will be presented for redemption and your account will be credited with the proceeds accordingly.

**ESTIMATED ANNUAL INCOME** - Est. Annual Income reflects the estimated amount you would earn on a security if your current position and its related income remained constant for a year.

**FREE CREDIT BALANCES** - Free credit balances represent funds payable upon your demand. These balances are properly accounted for on SALI's books, but are not segregated and may be used in the operation of our business. SALI may elect to pay interest on certain balances awaiting investment and reserves the right to eliminate or otherwise change the rate or the manner in which interest on credit balances are paid at any time and without notice to you.

**INSURED DEPOSIT PROGRAM ("IDP")** - Funds swept to Sterne Agee's IDP are protected by the Federal Deposit Insurance Corporation up to applicable limits and are not protected by the SIPC. Information regarding FDIC insurance is available upon request, or by visiting www.fdic.gov SALI is not a bank. Unless otherwise disclosed, securities and other investments obtained through SALI and/or your IBD ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

**MUNICIPAL SECURITIES** - Continuing disclosure information regarding municipal securities is available at the Municipal Securities Rule Making Board's EMMA website at emma.msrb.org.

**OPEN ORDERS** - The Open Orders segment of this statement reflects open or "good until cancelled" orders not executed by the statement cut-off date. Open buy and sell stop orders are reduced by the amount of dividends or rights on ex-dates unless instructed otherwise by you. You are responsible for orders that are executed due to your failure to cancel existing open orders.

**OPTIONS CLIENTS** - Information regarding commissions and other charges related to options transactions has been included with trade confirmations. A summary of this information is available from your IBD upon your request. Please advise your IBD promptly of any material changes in your investment objectives and/or financial situation.

**PAYMENT FOR ORDER FLOW** - SALI receives compensation for directing order flow in certain equity and exchange listed options to certain broker-dealers, market centers or exchanges for execution. The source and amount of any such compensation relating to your orders will be furnished upon your written request.

**PUBLIC DISCLOSURE PROGRAM** - You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program that provides certain types of information about FINRA member firms and their associated persons. This information is available at www.finra.org or by calling the FINRA Regulation Public Disclosure Program Hotline at (800) 289.9999.

**STATEMENT FREQUENCY** - Pursuant to the terms of NASD Rule 2340 and NYSE Rule 409, statements will be delivered to you monthly if there have been transactions affecting money balances and/or security positions; otherwise, statements will be delivered quarterly.

**VALUATION OF SECURITIES** - Pricing information is generally provided by a third party vendor which we believe to be reliable, though we do not guarantee its accuracy.

**Fixed Income Securities** - Values displayed on your statement are approximations and not actual market bids or offers. Actual secondary market conditions may vary substantially from the price displayed. Pricing estimates provided do not indicate a commitment from SALI or your IBD to buy or sell securities at the prices displayed. Consult your IBD if an actual bid or offer is needed.

**Certificates of Deposit (CDs)** - When CDs have a maturity of one year or less from issue date, face value will be displayed. CDs with a maturity date from issue of more than one year will displayed at a market value estimate that may not represent the actual price if sold prior to maturity.

**Low Priced and/or Illiquid Equity Securities** - Prices are derived from a third party pricing sources we believe to be reliable though SALI does not guarantee their accuracy. These prices may be based upon a limited number of transactions or quotes. Such prices are estimates and may not reflect a market price or value.

**Alternative Investments** - Investments in direct participation programs, to include but not limited to, partnerships, limited liability companies, non-traded real estate investment trusts, private equity, private debt and hedge funds are typically illiquid investments and their current values may be different than your purchase price. Unless otherwise indicated on this statement, the values shown for such investments have been provided by the management, sponsor or administrator of each program or a third-party vendor without independent verification by SALI and represent their estimate of value of the investor's participation in the program as-of a date not 18 months prior to this statement. The estimated values shown may not represent the actual market value or values that might be realized upon liquidation. If an estimated value is not provided, valuation information is not available.

---

In order to protect your rights under the Securities Investor Protection Act ("SIPA"), you are advised to report any discrepancy or inaccuracy in your account to your IBD at their place of business and SALI at (800) 778.6257. Any verbal communications should be re-confirmed in writing to your IBD at their place of business and to SALI at the address below. This statement will otherwise be deemed conclusive unless you notify us in writing by the last business day of the month following the end of the statement period.

Sterne, Agee & Leach, Inc.
2 Perimeter Park S. - Suite 100W
Birmingham, Alabama 35243

Investments carried by SALI are not FDIC insured, unless specifically noted to the contrary, and may lose value.

---

SEC-SterneAgee-E-0000042

IBD STMT Backer 6/2011