| | |
|---|---|
| From: | Bou, Vutha [vbou@sterneagee.com] |
| Sent: | Thursday, February 06, 2014 2:47 PM |
| To: | Eady, Joe |
| Subject: | FW: DK'd |
| Attachments: | 3248_001.pdf |

**Vutha Bou**
Margin Manager
Sterne Agee
2 Perimeter Park South, Suite 100W
Birmingham, AL 35243
205.414.7290 (direct)
205.868.6769 (fax)
www.sterneagee.com

---

**From:** Foster, Victoria [mailto:vfoster@sterneagee.com]
**Sent:** Thursday, October 13, 2011 1:48 PM
**Subject:** DK'd

This has been DK'D

```
FRED       14330. WHO *** AMERICA WEST RES INC NEW
FUNC    22  02365V205

CODE BRK#  QUANTITY     AMOUNT    SETTLE CYCLE ID-CONFIRM COND 3RD-PARTY SEQ#
041  10  966667-         101211     000000000 CDO  YES  0011608
DELV ACCT          8101              RECV ACCT  NA
REMARKS  1 101311          538-1


* * * * * * * * * * * *  TRANS CUST A/C REC DK      * * * * * * * * * * * *
    QUANTITY            AMOUNT  BRK#  SETTLE   ACCOUNT              IPO
  S                     10 101211     5752-1   15000 I         5107
                                     END OF FILE
```

Thank you,

**Victoria Foster**
Settlement
Sterne Agee
2 Perimeter Park South, Suite 100 W
Birmingham, AL 35243
205-414-7214
205-414-3066 (fax)
www.sterneagee.com

---

**From:** Bou, Vutha
**Sent:** Wednesday, October 12, 2011 2:45 PM

SEC-SterneAgee-E-0000140

**To:** Settlement
**Subject:** FW: Attached Image

Please process.

**Vutha Bou**
**Margin Manager**
**Sterne Agee**
**2 Perimeter Park South, Suite 100W**
**Birmingham, AL 35243**
205.414.7290 (direct)
205.868.6769 (fax)
www.sterneagee.com

**From:** RiskManagement@sterneagee.com [mailto:RiskManagement@sterneagee.com]
**Sent:** Wednesday, October 12, 2011 1:43 PM
**To:** Bou, Vutha
**Subject:** Attached Image

SEC-SterneAgee-E-0000141

**STERNE AGEE**
**750**
**NDO/DO (DTC) ORDER OUT**

| Field | Value |
|---|---|
| DELIVERY METHOD: | ☐ DO   ☑ NDO |
| CONTRA PARTY BROKER #: | 10 |
| QUANTITY: | 966,667 |
| DOLLAR AMOUNT: | |
| CUSIP NUMBER: | 02365V205 |
| STERNE AGEE ACCOUNT #: | ▮▮▮-5752 |
| RECEIVER ACCOUNT #: | ▮▮▮9661 / ▮▮▮ 5317 |
| DATE: | 10/12/2011 |
| SECURITY DESCRIPTION: | AWSR |
| REFERENCE/COMMENTS: | John Babikian |
| | Six Sis/ Insechzz |
| | Frankfurt ER Bankgesellschaft AG/ FBGSCHZZ |
| SUBMITTED BY: | Sarah Stinson |
| APPROVED BY: | [signature] |