Custody Transactions in AWSR for the time period
October 1, 2011 - March 15, 2012

| Account | Acct Legal Title | Secr Des | Trd Dte | Stl Dte | Trn Typ Cd | Unt Qty | Unt Prc Amt | Usd Trn Amt | Clr Brkr Id | Clearing Brkr Name | Location Acct | Loc Acct Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9162 | BJB - NRA OMNIBUS ACCOUNT | AMERICA WEST RESOURCES INC | 3/14/2012 | 3/19/2012 | RVP | 40000 | 0.24 | 9610.72 | 00000161 | MERRILL LYNCH, PIERCE, FENNER | 2481 | DEPOSITORY TRUST CORPORATION |
| 5520 | COMMERZBANK AG FRANKFURT CLIENTS ACCOUNT | AMERICA WEST RESOURCES INC | 2/24/2012 | 2/29/2012 | PUR | 800 | 0.77 | 616 | 00000010 | BROWN BROTHERS HARRIMAN AND | 2457 | BROWN BROTHERS HARRIMAN & CO |
| 5520 | COMMERZBANK AG FRANKFURT CLIENTS ACCOUNT | AMERICA WEST RESOURCES INC | 2/24/2012 | 2/29/2012 | DEP | 800 | 0.77 | 0 | 00000000 | | 2481 | DEPOSITORY TRUST CORPORATION |
| 5520 | COMMERZBANK AG FRANKFURT CLIENTS ACCOUNT | AMERICA WEST RESOURCES INC | 2/24/2012 | 2/29/2012 | DEP | -1000 | 0.92 | 0 | 00000000 | | 2457 | BROWN BROTHERS HARRIMAN & CO |
| 5520 | COMMERZBANK AG FRANKFURT CLIENTS ACCOUNT | AMERICA WEST RESOURCES INC | 2/24/2012 | 2/29/2012 | PUR | 1000 | 0.92 | 929 | 00000010 | BROWN BROTHERS HARRIMAN AND | 2457 | BROWN BROTHERS HARRIMAN & CO |
| 5520 | COMMERZBANK AG FRANKFURT CLIENTS ACCOUNT | AMERICA WEST RESOURCES INC | 2/24/2012 | 2/29/2012 | DEP | 1000 | 0.92 | 0 | 00000000 | | 2481 | DEPOSITORY TRUST CORPORATION |
| 5520 | COMMERZBANK AG FRANKFURT CLIENTS ACCOUNT | AMERICA WEST RESOURCES INC | 2/24/2012 | 2/29/2012 | DEP | -800 | 0.77 | 0 | 00000000 | | 2457 | BROWN BROTHERS HARRIMAN & CO |
| 4246 | DNB NOR BANK ASA | AMERICA WEST RESOURCES INC | 1/4/2012 | 1/9/2012 | DEL | -3 | 0 | -4 | 00000908 | CITIBANK NA NEW YORK NY | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 10/4/2011 | 10/7/2011 | RVP | 1 | 0 | 15.35 | 00000295 | KNIGHT CLEARING SERVICES LLC | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 10/14/2011 | 10/14/2011 | REC | 966667 | 0 | 0 | 00000750 | STERNE AGEE & LEACH INC   * | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 12/21/2011 | 12/27/2011 | DVP | -1 | 0 | 0.26 | 00000295 | KNIGHT CLEARING SERVICES LLC | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 1/19/2012 | 1/20/2012 | REC | 500000 | 0 | 0 | 00000750 | STERNE AGEE & LEACH INC   * | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.35 | 134987.56 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -134881 | 0.29 | 39036.78 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.38 | 138440.5 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.36 | 136694.53 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -66667 | 1.25 | 83166.24 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.73 | 173249.87 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.53 | 152971.24 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.35 | 134897.56 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.38 | 137721.51 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.57 | 156763.17 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.55 | 154767.2 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.53 | 152831.24 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | RVP | -100000 | 1.6 | 159787.11 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.54 | 154039.22 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.39 | 138729.49 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/23/2012 | 2/28/2012 | DVP | -100000 | 1.65 | 164757.02 | 00000158 | APEX CLEARING CORPORATION | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/28/2012 | 3/2/2012 | DVP | -1300 | 0.76 | 988.23 | 00000642 | UBS SECURITIES LLC | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/29/2012 | 3/5/2012 | DVP | -660 | 0.7 | 461.94 | 00000642 | UBS SECURITIES LLC | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/27/2012 | 3/1/2012 | RVP | 1300 | 0.64 | 842.72 | 00000642 | UBS SECURITIES LLC | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 2/28/2012 | 3/2/2012 | RVP | 660 | 0.85 | 567.76 | 00000642 | UBS SECURITIES LLC | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 3/5/2012 | 3/8/2012 | DVP | -1000 | 0.69 | 690.7 | 00000642 | UBS SECURITIES LLC | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 3/5/2012 | 3/8/2012 | RVP | 2130 | 0.71 | 1532.93 | 00000642 | UBS SECURITIES LLC | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 3/6/2012 | 3/9/2012 | DVP | -1130 | 0.68 | 768.3 | 00000642 | UBS SECURITIES LLC | 2481 | DEPOSITORY TRUST CORPORATION |
| 5317 | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 3/9/2012 | 3/14/2012 | RVP | 20000 | 0.28 | 5696.78 | 00000642 | UBS SECURITIES LLC | 2481 | DEPOSITORY TRUST CORPORATION |
| 0412 | MMG BANK CORPORATION-QI | AMERICA WEST RESOURCES INC | 3/9/2012 | 3/14/2012 | RVP | 18518 | 0.27 | 5138.75 | 00000067 | INSTINET CLEARING SERVICES,INC | 2481 | DEPOSITORY TRUST CORPORATION |