## 802I - AMERICA WEST RESOURCES, INC.
### Certificate Transaction Journal
Transaction Number 2106 Stock Class CS2
Control ID: STTK000000002529    Transfer

11/16/2011 9:42 am
Page 1 of 1

**Transaction Date 11/16/11**

| Shareholder | | | | Certif. No | | | Canceled | Issued | |
|---|---|---|---|---|---|---|---|---|---|
| 1106/JOHN BABIKIAN | | | | CS2 | 5771 | | 500,000 | | Restricted |
| | Tax Lot Info | Acquired | Orig Cost/share | Adjust Cost/share | | Tax Lot Qty | | | |
| | | 04/28/11 | 1.00000 | 1.00000 | | 500,000.0000 | | | |
| 918/STERNE AGEE & LEACH INC | | | | CS2 | 6029 | | | 500,000 | |
| | Tax Lot Info | Acquired | Orig Cost/share | Adjust Cost/share | | Tax Lot Qty | | | |
| | | 11/16/11 | 0.00000 | 0.00000 | | 500,000.0000 | | | |
| | | | | | | | 500,000 | 500,000 | |

AWSR-09095