# NEVADA AGENCY AND TRANSFER COMPANY

50 WEST LIBERTY, SUITE 880, RENO, NEVADA 89501 • TELEPHONE (775) 322-0626

**066043**
66043

DATE 11/16/2011

AMERICA WEST RESOURCES INC.
AMERICAN PLAZA II
57 W 200 S SUITE 400
SALT LAKE CITY UT 84101

WE ACKNOWLEDGE RECEIPT OF CERTIFICATES OF STOCK OF THE ABOVE COMPANY AS FOLLOWS:

| CERTIFICATE NUMBER | NAME | NUMBER OF SHARES |
|---|---|---|
| 5771 | BABIKIAN, JOHN  CANCELED<br>RESTRICTED - 144 LEGEND<br>LEGEND REMOVED IN COMPLIANCE WITH RULE 144<br>CANCELED<br><br>CANCELED<br><br>CANCELED | 500000 |

| CERTIFICATE NUMBER | NAME | NUMBER OF SHARES |
|---|---|---|
| 6029 | STERNE AGEE & LEACH INC<br>SH # 00918   ISSUED<br>SUITE 100 WEST<br>TWO PERIMETER PARK SOUTH<br>BIRMINGHAM AL 35243<br>LEGEND REMOVED  ISSUED<br>CERT SENT VIA FEDEX<br>#511472982348<br><br>ISSUED | 500000 |

STERNE AGEE & LEACH INC
SUITE 100 WEST
TWO PERIMETER PARK SOUTH
BIRMINGHAM AL 35243

OUR CHARGES FOR THE ABOVE TRANSFERS ARE AS FOLLOWS:

ISSUING   CERTIFICATES @   30.00  EACH   500000
OTHER CHARGES   1           50.00
                            80.00  PAID

TOTAL AMOUNT DUE   *** PAID ***   PAID BY CHECK # 197745

30.00
50.00

AWSR-09076