

JOHN BABIKIAN
THE REEF ATLANTIS
NASSAU
BAHAMAS

FINANCIAL ADVISOR:
THOMAS BELESIS
14 WALL STREET 23RD FL • NEW YORK NY 10005
(212) 299-7800
Branch Code: HM03

SIPC

JOHN THOMAS FINANCIAL

PAGE 1 of 4

# JOHN BABIKIAN
## INVESTMENT ACCOUNT SUMMARY

ACCOUNT NUMBER  5752
Statement Period: 11/01/11 to 11/30/11

| ASSET SUMMARY | This Month | Prior Month |
|---|---|---|
| Equities | 205,000.00 | 325,000.00 |
| Total Invested Assets | 205,000.00 | 325,000.00 |
| Less Debit Balance | (274.88) | (99.88) |
| Total Account Value | $204,725.12 | $324,900.12 |
| Total Combined Value | $204,725.12 | $324,900.12 |

| CASH ACTIVITY | This Period |
|---|---|
| Opening Balance | $(99.88) |
| Net Other Bookkeeping | (175.00) |
| Ending Balance | $(274.88) |

| EARNINGS SUMMARY | This Period | Year-to-Date |
|---|---|---|
| Money Fund Earnings | $0.00 | $0.14 |
| Total Income | $0.00 | $0.14 |

Introduced through Sterne Agee Clearing, Inc. Account carried by Sterne, Agee & Leach Inc.

SEC-SterneAgee-E-0000033



JOHN BABIKIAN

INVESTMENT ACCOUNT

JOHN THOMAS FINANCIAL

SIPC

PAGE 3 of 4

| Account Number | 5752 | Statement Period: 11/01/11 to 11/30/11 |
|---|---|---|

## Portfolio Holdings - Cash or Cash Alternatives

| Amount | Description | Yield |
|---|---|---|
| (274.88) | Cash Account Balance | |

**Total Cash or Cash Alternatives** (274.88)

**Percentage of Total Invested Assets** (0.13)%

## Portfolio Holdings - Equities

**Common Stocks**

| Total Shares | Description | Symbol | Price | Current Value | Est. Annual Income | Shares Purchased | Unit Cost | Cost Basis | Unrealized Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 500,000 | AMERICA WEST RES INC NEW | AWSR | 0.41 | 205,000.00 | | 500,000 | Unavailable | Unavailable | Unavailable |
| **Total Common Stocks** | | | | 205,000.00 | Unavailable | | | Unavailable | Unavailable |

**Percentage of Total Equities** 100.00%

**Percentage of Total Invested Assets** 100.00%

SEC-SterneAgee-E-0000035



JOHN BABIKIAN

INVESTMENT ACCOUNT

SIPC

PAGE 4 *of* 4

ACCOUNT NUMBER     5752

Statement Period: 11/01/11 to 11/30/11

## OTHER BOOKKEEPING

| Date | Transaction | Quantity | Description | Amount |
|---|---|---|---|---|
| 11/15/11 | CHARGE | | RESTRICTED SECURITY CLE/ | (100.00) |
| 11/17/11 | EXCHANGE | 500,000 | AMERICA WEST RES INC NEW | |
| 11/17/11 | EXCHANGE | (500,000) | AMERICA WEST RES INC NEW RESTRICTED | |
| 11/30/11 | CHARGE | | ANNUAL SERVICE FEE | (75.00) |
| **Total Other Bookkeeping Debits** | | | | **(175.00)** |

End of Statement

SEC-SterneAgee-E-0000036