UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BABIKIAN,<br><br>Defendant, | Case No.  14-CV-1740 (PAC) |

# NOTICE OF FILING OF EXHIBITS 35-64 TO MCFALL DECLARATION

Plaintiff Securities and Exchange Commission has caused to the Exhibits 1 – 33 in Support of the McFall Declaration (docket #10-2) to be electronically filed.  With this Notice, Plaintiff is causing the remaining Exhibits 35-64 to be filed with the Court's Electronic Case Filing system.  Paper copies of the exhibits, along with the Declaration, were filed with the Court on March 13, 2014, in connection with *Plaintiff's Memorandum in Support of Ex Parte Application for a Temporary Restraining Order Freezing Assets and Granting Other Relief, for Prejudgment Writs of Attachment and Garnishment, and for an Order to Show Cause on a Preliminary Injunction* (docket #10).

                                                      Respectfully submitted,

                                                        /s/
                                                  Matthew P. Cohen (pro hac vice)
                                                  Attorney for Plaintiff
                                                  Securities and Exchange Commission
                                                  100 F Street, N.E.
                                                  Washington, D.C. 20549
                                                  (202) 551-7276
                                                  cohenma@sec.gov