

JOHN THOMAS FINANCIAL

JOHN BABIKIAN
THE REEF ATLANTIS
NASSAU
BAHAMAS

FINANCIAL ADVISOR:
THOMAS BELESIS
14 WALL STREET 23RD FL • NEW YORK NY 10005
(212) 299-7800
Branch Code: HM03

SIPC

PAGE 1 of 4

# JOHN BABIKIAN
## INVESTMENT ACCOUNT SUMMARY

ACCOUNT NUMBER:
Statement Period: 01/01/12 to 01/31/12

| ASSET SUMMARY | This Month | Prior Month |
|---|---|---|
| Equities | 0.00 | 105,000.00 |
| Total Invested Assets | 0.00 | 105,000.00 |
| Less Debit Balance | 0.00 | (274.88) |
| Total Account Value | $0.00 | $104,725.12 |
| Total Combined Value | $0.00 | $104,725.12 |

| CASH ACTIVITY | This Period |
|---|---|
| Opening Balance | $(274.88) |
| Net Other Bookkeeping | 274.88 |
| Ending Balance | $0.00 |

Introduced through Sterne Agee Clearing, Inc. Account carried by Sterne, Agee & Leach Inc.

SEC-SterneAgee-E-0000007



JOHN BABIKIAN



PAGE 4 *of* 4

JOHN THOMAS FINANCIAL

INVESTMENT ACCOUNT

ACCOUNT NUMBER                                    Statement Period: 01/01/12 to 01/31/12

## OTHER BOOKKEEPING

| Date | Transaction | Quantity | Description | Amount |
|---|---|---|---|---|
| 01/20/12 | TRANSFER A/C | | TRANSFER CASH BALANCE | 374.88 |
| **Total Other Bookkeeping Credits** | | | | **374.88** |
| 01/18/12 | CHARGE | | TERMINATION FEE | (100.00) |
| 01/20/12 | TRANSFER A/C | (500,000) | AMERICA WEST RES INC NEW TO: BROWN BROTHERS HARRI | |
| **Total Other Bookkeeping Debits** | | | | **(100.00)** |
| **Net Other Bookkeeping Activity** | | | | **274.88** |

**End of Statement**

SEC-SterneAgee-E-0000010