Month-End Positions in AWSR

| Date | Account Number | Acct Long Ttl Nam | Security Shrt Des | Custody Amt | Price Dte | Price Amt | USD Mkt Val Amt | Location Acct Num | Loc Acct Shrt Ttl Nam | Subcustodian Name |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2011 | | BSI SA LUGANO | AMERICA WEST RESOURCES INC | 78 | 10/31/2011 | 0.65 | 50.7 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 10/31/2011 | | DNB NOR BANK ASA | AMERICA WEST RESOURCES INC | 3 | 10/31/2011 | 0.65 | 1.95 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 10/31/2011 | | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 1184561 | 10/31/2011 | 0.65 | 769964.65 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 10/31/2011 | | INCORE BANK AG - MAIN ACCOUNT 1042 | AMERICA WEST RESOURCES INC | 23 | 10/31/2011 | 0.65 | 14.95 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 10/31/2011 | | ABN AMRO GLOBAL CUSTODY NON US CLIENTS UNDOCUMENTED 30/30 | AMERICA WEST RESOURCES INC | 2 | 10/31/2011 | 0.65 | 1.3 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 10/31/2011 | | SOCIETE GENERALE SECURITIES SERVICES UNDOCUMENTED DIV 30 / INT 30 / PRE 1984 30 | AMERICA WEST RESOURCES INC | 1 | 10/31/2011 | 0.65 | 0.65 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 10/31/2011 | | SKANDINAVISKA ENSKILDA BANKEN US RESIDENT DOCUMENTED AND NON-US DOCUMENTED AS WE | AMERICA WEST RESOURCES INC | 1 | 10/31/2011 | 0.65 | 0.65 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 10/31/2011 | | SVENSKA HANDELSBANKEN AB CLIENTS ACCOUNT | AMERICA WEST RESOURCES INC | 1 | 10/31/2011 | 0.65 | 0.65 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 10/31/2011 | | BNP PARIBAS SECURITIES SERVICES PARIS DOCUMENTED DIV 15 / INT 0 / PRE 1984 0 | AMERICA WEST RESOURCES INC | 2 | 10/31/2011 | 0.65 | 1.3 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 10/31/2011 | | CREDIT SUISSE ZURICH REGULAR WITHHOLDING TAX POOL 15% | AMERICA WEST RESOURCES INC | 19 | 10/31/2011 | 0.65 | 12.35 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 10/31/2011 | | CREDIT SUISSE ZURICH REGULAR WITHHOLDING TAX POOL 30% OR NON DBA | AMERICA WEST RESOURCES INC | 1 | 10/31/2011 | 0.65 | 0.65 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 11/30/2011 | | BSI SA LUGANO | AMERICA WEST RESOURCES INC | 78 | 11/30/2011 | 0.41 | 31.98 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 11/30/2011 | | DNB NOR BANK ASA | AMERICA WEST RESOURCES INC | 3 | 11/30/2011 | 0.41 | 1.23 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 11/30/2011 | | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 1184561 | 11/30/2011 | 0.41 | 485670.01 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 11/30/2011 | | INCORE BANK AG - MAIN ACCOUNT 1042 | AMERICA WEST RESOURCES INC | 23 | 11/30/2011 | 0.41 | 9.43 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 11/30/2011 | | ABN AMRO GLOBAL CUSTODY NON US CLIENTS UNDOCUMENTED 30/30 | AMERICA WEST RESOURCES INC | 2 | 11/30/2011 | 0.41 | 0.82 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 11/30/2011 | | SOCIETE GENERALE SECURITIES SERVICES UNDOCUMENTED DIV 30 / INT 30 / PRE 1984 30 | AMERICA WEST RESOURCES INC | 1 | 11/30/2011 | 0.41 | 0.41 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 11/30/2011 | | SKANDINAVISKA ENSKILDA BANKEN US RESIDENT DOCUMENTED AND NON-US DOCUMENTED AS WE | AMERICA WEST RESOURCES INC | 1 | 11/30/2011 | 0.41 | 0.41 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 11/30/2011 | | SVENSKA HANDELSBANKEN AB CLIENTS ACCOUNT | AMERICA WEST RESOURCES INC | 1 | 11/30/2011 | 0.41 | 0.41 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 11/30/2011 | | BNP PARIBAS SECURITIES SERVICES PARIS DOCUMENTED DIV 15 / INT 0 / PRE 1984 0 | AMERICA WEST RESOURCES INC | 2 | 11/30/2011 | 0.41 | 0.82 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 11/30/2011 | | CREDIT SUISSE ZURICH REGULAR WITHHOLDING TAX POOL 15% | AMERICA WEST RESOURCES INC | 19 | 11/30/2011 | 0.41 | 7.79 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 11/30/2011 | | CREDIT SUISSE ZURICH REGULAR WITHHOLDING TAX POOL 30% OR NON DBA | AMERICA WEST RESOURCES INC | 1 | 11/30/2011 | 0.41 | 0.41 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 12/31/2011 | | BSI SA LUGANO | AMERICA WEST RESOURCES INC | 78 | 12/30/2011 | 0.21 | 16.38 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 12/31/2011 | | DNB NOR BANK ASA | AMERICA WEST RESOURCES INC | 3 | 12/30/2011 | 0.21 | 0.63 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 12/31/2011 | | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 1184560 | 12/30/2011 | 0.21 | 248757.6 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 12/31/2011 | | INCORE BANK AG - MAIN ACCOUNT 1042 | AMERICA WEST RESOURCES INC | 23 | 12/30/2011 | 0.21 | 4.83 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 12/31/2011 | | ABN AMRO GLOBAL CUSTODY NON US CLIENTS UNDOCUMENTED 30/30 | AMERICA WEST RESOURCES INC | 2 | 12/30/2011 | 0.21 | 0.42 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 12/31/2011 | | SOCIETE GENERALE SECURITIES SERVICES UNDOCUMENTED DIV 30 / INT 30 / PRE 1984 30 | AMERICA WEST RESOURCES INC | 1 | 12/30/2011 | 0.21 | 0.21 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 12/31/2011 | | SKANDINAVISKA ENSKILDA BANKEN US RESIDENT DOCUMENTED AND NON-US DOCUMENTED AS WE | AMERICA WEST RESOURCES INC | 1 | 12/30/2011 | 0.21 | 0.21 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 12/31/2011 | | SVENSKA HANDELSBANKEN AB CLIENTS ACCOUNT | AMERICA WEST RESOURCES INC | 1 | 12/30/2011 | 0.21 | 0.21 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 12/31/2011 | | BNP PARIBAS SECURITIES SERVICES PARIS DOCUMENTED DIV 15 / INT 0 / PRE 1984 0 | AMERICA WEST RESOURCES INC | 2 | 12/30/2011 | 0.21 | 0.42 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 12/31/2011 | | CREDIT SUISSE ZURICH REGULAR WITHHOLDING TAX POOL 15% | AMERICA WEST RESOURCES INC | 19 | 12/30/2011 | 0.21 | 3.99 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 12/31/2011 | | CREDIT SUISSE ZURICH REGULAR WITHHOLDING TAX POOL 30% OR NON DBA | AMERICA WEST RESOURCES INC | 1 | 12/30/2011 | 0.21 | 0.21 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 1/31/2012 | | BSI SA LUGANO | AMERICA WEST RESOURCES INC | 78 | 1/31/2012 | 0.24 | 18.72 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 1/31/2012 | | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 1684560 | 1/31/2012 | 0.24 | 404294.4 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 1/31/2012 | | INCORE BANK AG - MAIN ACCOUNT 1042 | AMERICA WEST RESOURCES INC | 23 | 1/31/2012 | 0.24 | 5.52 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 1/31/2012 | | ABN AMRO GLOBAL CUSTODY NON US CLIENTS UNDOCUMENTED 30/30 | AMERICA WEST RESOURCES INC | 2 | 1/31/2012 | 0.24 | 0.48 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 1/31/2012 | | SOCIETE GENERALE SECURITIES SERVICES UNDOCUMENTED DIV 30 / INT 30 / PRE 1984 30 | AMERICA WEST RESOURCES INC | 1 | 1/31/2012 | 0.24 | 0.24 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 1/31/2012 | | SKANDINAVISKA ENSKILDA BANKEN US RESIDENT DOCUMENTED AND NON-US DOCUMENTED AS WE | AMERICA WEST RESOURCES INC | 1 | 1/31/2012 | 0.24 | 0.24 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 1/31/2012 | | SVENSKA HANDELSBANKEN AB CLIENTS ACCOUNT | AMERICA WEST RESOURCES INC | 1 | 1/31/2012 | 0.24 | 0.24 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 1/31/2012 | | BNP PARIBAS SECURITIES SERVICES PARIS DOCUMENTED DIV 15 / INT 0 / PRE 1984 0 | AMERICA WEST RESOURCES INC | 2 | 1/31/2012 | 0.24 | 0.48 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 1/31/2012 | | CREDIT SUISSE ZURICH REGULAR WITHHOLDING TAX POOL 15% | AMERICA WEST RESOURCES INC | 19 | 1/31/2012 | 0.24 | 4.56 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 1/31/2012 | | CREDIT SUISSE ZURICH REGULAR WITHHOLDING TAX POOL 30% OR NON DBA | AMERICA WEST RESOURCES INC | 1 | 1/31/2012 | 0.24 | 0.24 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 2/29/2012 | | COMMERZBANK AG FRANKFURT CLIENTS ACCOUNT | AMERICA WEST RESOURCES INC | 1800 | 2/29/2012 | 0.624 | 1123.2 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 2/29/2012 | | BSI SA LUGANO | AMERICA WEST RESOURCES INC | 78 | 2/29/2012 | 0.624 | 48.672 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 2/29/2012 | | SIX SIS AG MAIN ACCOUNT | AMERICA WEST RESOURCES INC | 83012 | 2/29/2012 | 0.624 | 51799.488 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 2/29/2012 | | INCORE BANK AG - MAIN ACCOUNT 1042 | AMERICA WEST RESOURCES INC | 23 | 2/29/2012 | 0.624 | 14.352 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 2/29/2012 | | ABN AMRO GLOBAL CUSTODY NON US CLIENTS UNDOCUMENTED 30/30 | AMERICA WEST RESOURCES INC | 2 | 2/29/2012 | 0.624 | 1.248 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 2/29/2012 | | SOCIETE GENERALE SECURITIES SERVICES UNDOCUMENTED DIV 30 / INT 30 / PRE 1984 30 | AMERICA WEST RESOURCES INC | 1 | 2/29/2012 | 0.624 | 0.624 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 2/29/2012 | | SKANDINAVISKA ENSKILDA BANKEN US RESIDENT DOCUMENTED AND NON-US DOCUMENTED AS WE | AMERICA WEST RESOURCES INC | 1 | 2/29/2012 | 0.624 | 0.624 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 2/29/2012 | | SVENSKA HANDELSBANKEN AB CLIENTS ACCOUNT | AMERICA WEST RESOURCES INC | 1 | 2/29/2012 | 0.624 | 0.624 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 2/29/2012 | | BNP PARIBAS SECURITIES SERVICES PARIS DOCUMENTED DIV 15 / INT 0 / PRE 1984 0 | AMERICA WEST RESOURCES INC | 2 | 2/29/2012 | 0.624 | 1.248 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 2/29/2012 | | CREDIT SUISSE ZURICH REGULAR WITHHOLDING TAX POOL 15% | AMERICA WEST RESOURCES INC | 19 | 2/29/2012 | 0.624 | 11.856 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |
| 2/29/2012 | | CREDIT SUISSE ZURICH REGULAR WITHHOLDING TAX POOL 30% OR NON DBA | AMERICA WEST RESOURCES INC | 1 | 2/29/2012 | 0.624 | 0.624 | | DEPOSITORY TRUST CORPORATION | DEPOSITORY TRUST CORPORATION |