1st Munich Capital, LLC
Herzogstrasse 60
80803 Munchen

Sub Clearing Agent:
First American Capital and Trading Corporation
1499 W Palmetto Park Rd, Suite 250
Boca Raton, FL 33486
Tel: (561) 948-7470 ∗ Fax: (561) 948-7471

**1st Munich Capital, LLC**
Herzogstraße 60
80803 München
Tel:  089 38 83 85- 0
Fax: 089 38 83 85- 19

# ACCOUNT STATEMENT

*February 1, 2012 - February 29, 2012*

PAGE **1** OF 16

ACCOUNT NUMBER  ▓▓▓▓▓▓▓▓▓▓▓

**FRANKFURTER BANKGESELLSCHAFT**

Your Registered Representative
KLAUS FALTER

FRANKFURTER BANKGESELLSCHAFT
(SCHWEIZ) AG
BOERSENSTR. 16
ZURICH
8022 SWITZERLAND

## ▸ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| NET ACCOUNT BALANCE | $0.00 | $0.00 |
| TOTAL PRICED PORTFOLIO | 0.00 | 0.00 |
| **Total Portfolio Equity** | **$0.00** | **$0.00** |

COMMISSION TOTALS
PTD     11,687.00
YTD     17,947.00

ACCOUNT CARRIED BY:
**PENSON FINANCIAL SERVICES, INC.**
MEMBER FINRA, NYSE and SIPC

**NOT FDIC INSURED**
No Bank guarantee
May lose value

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days.  Errors and omissions excepted.  Please address all communications to the firm and not to individuals.  Address changes or other material changes on your account should be directed to the office servicing your account.  Kindly mention your account number.  **This statement should be retained for income tax purposes.**

*RR COPY* (watermark)

*February 1, 2012 - February 29, 2012*

Sub Clearing Agent:
First American Capital and Trading Corporation
1499 W Palmetto Park Rd, Suite 250
Boca Raton, FL 33486
Tel: (561) 948-7470 ∗ Fax: (561) 948-7471

**1st Munich Capital, LLC**
Herzogstraße 60
80803 München
Tel: 089 38 83 85- 0
Fax: 089 38 83 85- 19

PAGE **5** OF 16

ACCOUNT NUMBER ▊▊▊▊▊▊▊▊▊▊

**FRANKFURTER BANKGESELLSCHAFT**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | | |
| SOLD | 02/24/12 | X | FOCUS GOLD CORPORATION<br>CUSIP: 34416A104 | 4,000 | 0.085 | | 314.99 | 25.00 |
| SOLD | 02/24/12 | X | FOCUS GOLD CORPORATION<br>CUSIP: 34416A104 | 50,000 | 0.08 | | 3,974.92 | 25.00 |
| SOLD | 02/27/12 | X | DOUBLE CROWN RESOURCES INC<br>CUSIP: 25857H103 | 500 | 0.034 | | 6.99 | 10.00 |
| SOLD | 02/27/12 | X | DOUBLE CROWN RESOURCES INC<br>CUSIP: 25857H103 | 96,849 | 0.032 | | 3,074.11 | 25.00 |
| SOLD | 02/27/12 | X | PARAMOUNT GOLD AND SILVER CORP<br>CUSIP: 69924P102 | 80,000 | 2.54 | | 202,790.34 | 406.00 |
| BOUGHT | 02/28/12 | X | CUBESMART<br>REDEEMABLE PFD SH BEN INT SER A %<br>CUSIP: 229663208 | 1,000 | 25.40 | 25,440.00 | | 40.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 66,667 | 1.25 | | 83,166.24 | 166.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.5435 | | 154,039.22 | 308.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.5708 | | 156,763.17 | 314.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.5328 | | 152,971.24 | 306.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.5508 | | 154,767.20 | 310.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.736 | | 173,249.87 | 347.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.6509 | | 164,757.02 | 330.00 |

*February 1, 2012 - February 29, 2012*

PAGE **6** OF 16

ACCOUNT NUMBER

Sub Clearing Agent:
First American Capital and Trading Corporation
1499 W Palmetto Park Rd, Suite 250
Boca Raton, FL 33486
Tel: (561) 948-7470 ∗ Fax: (561) 948-7471

**1st Munich Capital, LLC**
Herzogstraße 60
80803 München
Tel: 089 38 83 85- 0
Fax: 089 38 83 85- 19

**FRANKFURTER BANKGESELLSCHAFT**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | | |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.5314 | | 152,831.24 | 306.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.6011 | | 159,787.11 | 320.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.3526 | | 134,987.56 | 270.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.3517 | | 134,897.56 | 270.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.3872 | | 138,440.50 | 277.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.3697 | | 136,694.53 | 273.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.38 | | 137,721.51 | 276.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 100,000 | 1.3901 | | 138,729.49 | 278.00 |
| SOLD | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>CUSIP: 02365V205 | 134,881 | 0.29 | | 39,036.78 | 78.00 |
| SOLD | 02/28/12 | X | FOCUS GOLD CORPORATION<br>CUSIP: 34416A104 | 46,000 | 0.085 | | 3,884.92 | 25.00 |
| SOLD | 02/28/12 | X | FOCUS GOLD CORPORATION<br>CUSIP: 34416A104 | 50,000 | 0.09 | | 4,474.91 | 25.00 |
| SOLD | 02/28/12 | X | FOCUS GOLD CORPORATION<br>CUSIP: 34416A104 | 50,000 | 0.095 | | 4,724.91 | 25.00 |
| BOUGHT | 02/29/12 | X | SEAGATE TECHNOLOGY PLC<br>CUSIP: G7945M107 | 600 | 27.408 | 16,469.80 | | 25.00 |

*February 1, 2012 - February 29, 2012*

Sub Clearing Agent:
First American Capital and Trading Corporation
1499 W Palmetto Park Rd, Suite 250
Boca Raton, FL 33486
Tel: (561) 948-7470 ∗ Fax: (561) 948-7471

**1st Munich Capital, LLC**
Herzogstraße 60
80803 München
Tel: 089 38 83 85- 0
Fax: 089 38 83 85- 19

PAGE **11** OF 16

ACCOUNT NUMBER ███████████

**FRANKFURTER BANKGESELLSCHAFT**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | | |
| RECEIVED | 02/24/12 | X | FOCUS GOLD CORPORATION<br>TAG  120221V2734<br>CUSIP: 34416A104 | 50,000 | | 3,974.92 | | |
| RECEIVED | 02/24/12 | X | FOCUS GOLD CORPORATION<br>TAG  120221C6471<br>CUSIP: 34416A104 | 4,000 | | 314.99 | | |
| RECEIVED | 02/27/12 | X | DOUBLE CROWN RESOURCES INC<br>TAG  120222Y1614<br>CUSIP: 25857H103 | 96,849 | | 3,074.11 | | |
| RECEIVED | 02/27/12 | X | DOUBLE CROWN RESOURCES INC<br>TAG  120222A0463<br>CUSIP: 25857H103 | 500 | | 6.99 | | |
| RECEIVED | 02/27/12 | X | PARAMOUNT GOLD AND SILVER CORP<br>TAG  120222Y0751<br>CUSIP: 69924P102 | 80,000 | | 202,790.34 | | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7631<br>CUSIP: 02365V205 | 134,881 | | 39,036.78 | | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7640<br>CUSIP: 02365V205 | 66,667 | | 83,166.24 | | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7653<br>CUSIP: 02365V205 | 100,000 | | 154,039.22 | | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7678<br>CUSIP: 02365V205 | 100,000 | | 156,763.17 | | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7685<br>CUSIP: 02365V205 | 100,000 | | 152,971.24 | | |

*February 1, 2012 - February 29, 2012*

PAGE **12** OF 16

ACCOUNT NUMBER ███████████

Sub Clearing Agent:
First American Capital and Trading Corporation
1499 W Palmetto Park Rd, Suite 250
Boca Raton, FL 33486
Tel: (561) 948-7470 ∗ Fax: (561) 948-7471

**1st Munich Capital, LLC**
Herzogstraße 60
80803 München
Tel: 089 38 83 85- 0
Fax: 089 38 83 85- 19

**FRANKFURTER BANKGESELLSCHAFT**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT COMMISSION |
|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7699<br>CUSIP: 02365V205 | 100,000 | | 154,767.20 | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7747<br>CUSIP: 02365V205 | 100,000 | | 173,249.87 | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7952<br>CUSIP: 02365V205 | 100,000 | | 164,757.02 | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7955<br>CUSIP: 02365V205 | 100,000 | | 152,831.24 | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7964<br>CUSIP: 02365V205 | 100,000 | | 159,787.11 | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7972<br>CUSIP: 02365V205 | 100,000 | | 134,987.56 | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7981<br>CUSIP: 02365V205 | 100,000 | | 134,897.56 | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7990<br>CUSIP: 02365V205 | 100,000 | | 138,440.50 | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C7996<br>CUSIP: 02365V205 | 100,000 | | 136,694.53 | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG  120223C8005<br>CUSIP: 02365V205 | 100,000 | | 137,721.51 | |

STATEMENT  ACCOUNT  RECORD COPY

*February 1, 2012 - February 29, 2012*

Sub Clearing Agent:
First American Capital and Trading Corporation
1499 W Palmetto Park Rd, Suite 250
Boca Raton, FL 33486
Tel: (561) 948-7470 ∗ Fax: (561) 948-7471

**1st Munich Capital, LLC**
Herzogstraße 60
80803 München
Tel: 089 38 83 85- 0
Fax: 089 38 83 85- 19

PAGE **13** OF 16

ACCOUNT NUMBER [redacted]

**FRANKFURTER BANKGESELLSCHAFT**

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT | COMMISSION |
|---|---|---|---|---|---|---|---|---|
| **SECURITIES RECEIVED AND DELIVERED** (continued) | | | | | | | | |
| RECEIVED | 02/28/12 | X | AMERICA WEST RESOURCES INC<br>TAG 120223C8009<br>CUSIP: 02365V205 | 100,000 | | 138,729.49 | | |
| RECEIVED | 02/28/12 | X | FOCUS GOLD CORPORATION<br>TAG 120223C8017<br>CUSIP: 34416A104 | 46,000 | | 3,884.92 | | |
| RECEIVED | 02/28/12 | X | FOCUS GOLD CORPORATION<br>TAG 120223C8024<br>CUSIP: 34416A104 | 50,000 | | 4,474.91 | | |
| RECEIVED | 02/28/12 | X | FOCUS GOLD CORPORATION<br>TAG 120223C8306<br>CUSIP: 34416A104 | 50,000 | | 4,724.91 | | |
| RECEIVED | 02/29/12 | X | FOCUS GOLD CORPORATION<br>TAG 120224N7227<br>CUSIP: 34416A104 | 77,700 | | 7,123.27 | | |
| DELIVERED | 02/10/12 | X | SECTOR SPDR TRUST<br>SHS BEN INT TECHNOLOGY<br>TAG 120207S5516<br>CUSIP: 81369Y803 | 3,500 | | | 97,191.50 | |
| DELIVERED | 02/13/12 | X | COCA COLA CO<br>TAG 120208W9931<br>CUSIP: 191216100 | 500 | | | 34,395.00 | |
| DELIVERED | 02/16/12 | X | PARAMOUNT GOLD AND SILVER CORP<br>TAG 120213R7984<br>CUSIP: 69924P102 | 80,000 | | | 196,568.00 | |
| DELIVERED | 02/28/12 | X | CUBESMART<br>REDEEMABLE PFD SH BEN INT SER A %<br>TAG 120223Q7226<br>CUSIP: 229663208 | 1,000 | | | 25,440.00 | |