# Daily Commission Detail by Sales Representative
## From 01/01/2008 To 02/28/2012

**FIRST AMERICAN CAPITAL & TRADING CORP**

| BR | Acct # | Tp | Ck | Name | Currency Code / Currency Desc | Symbol | Description | Cxl./Adj. Tag# | ADP# CUSIP | Settle Date / Trade Date / Proc. Date | Tran. | Shrs./Contr. Trade Price | Net Amount | Commission Amount | Gross Credit | Bltr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Branch : 640** | | | | **Rep : FF2** | **KLAUS FALTER** | | | | | | | | | | | |
| 640 | ▓▓▓ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | B5510 | A026992 02365V205 | 8/17/2011 8/12/2011 8/12/2011 | BUY | 21,200 0.6000 | 12,745.00 | 25.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | | |
| 640 | ▓▓▓ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | C7631 | A026992 02365V205 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 134,881 0.2900 | 39,036.78 | 78.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | | |
| 640 | ▓▓▓ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | C8009 | A026992 02365V205 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.3901 | 138,729.49 | 278.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | | |
| 640 | ▓▓▓ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | C8005 | A026992 02365V205 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.3800 | 137,721.51 | 276.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | | |
| 640 | ▓▓▓ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | C7996 | A026992 02365V205 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.3697 | 136,694.53 | 273.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | | |
| 640 | ▓▓▓ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | C7990 | A026992 02365V205 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.3872 | 138,440.50 | 277.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | | |
| 640 | ▓▓▓ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | C7981 | A026992 02365V205 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.3517 | 134,897.56 | 270.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | | |
| 640 | ▓▓▓ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | C7972 | A026992 02365V205 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.3526 | 134,987.56 | 270.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | | |
| 640 | ▓▓▓ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | C7964 | A026992 02365V205 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.6011 | 159,787.11 | 320.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | | |

Case 1:14-cv-01740-PAC   Document 11-4   Filed 03/19/14   Page 2 of 2

Page No : 47

# Daily Commission Detail by Sales Representative
## From 01/01/2008 To 02/28/2012

**FIRST AMERICAN CAPITAL & TRADING CORP**

| BR | Acct # | Tp | Ck | Name | Currency Code / Currency Desc | Symbol | Description | Cxl./ Adj. ADP# CUSIP Tag# | Settle Date / Trade Date / Proc. Date | Tran. | Shrs./Contr. Trade Price | Net Amount | Commission Amount | Gross Credit | Bltr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Branch: 640** | | | | **Rep : FF2** | **KLAUS FALTER** | | | | | | | | | | |
| 640 | ■ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | A026992 02365V205 C7955 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.5314 | 152,831.24 | 306.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | |
| 640 | ■ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | A026992 02365V205 C7952 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.6509 | 164,757.02 | 330.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | |
| 640 | ■ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | A026992 02365V205 C7747 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.7360 | 173,249.87 | 347.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | |
| 640 | ■ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | A026992 02365V205 C7699 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.5508 | 154,767.20 | 310.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | |
| 640 | ■ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | A026992 02365V205 C7685 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.5328 | 152,971.24 | 306.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | |
| 640 | ■ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | A026992 02365V205 C7678 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.5708 | 156,763.17 | 314.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | |
| 640 | ■ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | A026992 02365V205 C7653 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 100,000 1.5435 | 154,039.22 | 308.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | |
| 640 | ■ | 9 | 1 | FRANKFURTER BANKGESELLSC | USD U.S. DOLLAR | AWSR | AMERICA WEST RESOURCES INC | A026992 02365V205 C7640 | 2/28/2012 2/23/2012 2/23/2012 | SELL | 66,667 1.2500 | 83,166.24 | 166.00 | 0.00 | 66 |
| ACT. CLS. = 0 | | | | R/D INST = 5/6 | | | | | | | | | | | |