

## TO SUBSCRIBE FOR SHARES OF COMMON STOCK IN THE
## PRIVATE PLACEMENT OFFERING OF
## COMMON STOCK

### AMERICA WEST RESOURCES, INC.

1.  Complete the "Purchaser Omnibus Signature Page to Subscription Agreement and Registration Rights Agreement." Fill in the amount being subscribed for, date the page and Complete and Sign the appropriate portion of the Signature Page (Individual, Partnership, Corporation, Limited Liability Company or Trust). If subscribing as an entity, please Complete and Sign the page entitled "Certificate of Signatory."

2.  Complete and Sign the Confidential Prospective Purchaser Questionnaire.

3.  Fax all forms to Bari Latterman at (800) 598-9945. Send all signed original documents with a check (if not sending the funds via the wire instructions below) to:

    **Ms. Bari Latterman**
    **John Thomas Financial, Inc.**
    **14 Wall Street, 23rd Floor**
    **New York, NY 10005**

4.  Please make your subscription payment payable to the order of "Signature Bank, Escrow Agent for America West Resources, Inc."

<u>For wiring funds directly to the escrow account, see the following instructions:</u>

> Signature Bank
> 950 Third Avenue, 9th Floor
> New York, NY 10022
> Account Name: Signature Bank as Escrow Agent for America West Resources, Inc.
> ABA#: ██████
> A/C#: ██████
> Swift Code: ██████ (for foreign wires only)
>
> Ref: [Insert the Name of Subscriber exactly as it appears on the Omnibus Signature Page]

Thank you for your interest,

**John Thomas Financial, Inc.**

1

3831-003 Doc# 132

SEC-SterneAgee-E-0000063

registered investment advisor, or if the employee benefit plan has total assets in excess of $5,000,000 or, if a self-directed plan, with investment decisions made solely by persons that are accredited investors.

____ (b)   A Private Business Development Company as defined in Section 202(a)(22) of the Investment Advisers Act of 1940.

____ (c)   An organization described in Section 501(c)(3) of the Internal Revenue Code or corporation, Massachusetts or similar business trust, or partnership, not formed for the specific purpose of acquiring the securities offered, with total assets in excess of $5,000,000.

_X_(d)   A natural person whose individual net worth or joint net worth with that person's spouse (exclusive of that person's principal residence) at the time of purchase exceeds $1,000,000.

____ (e)   A natural person who had an individual income in excess of $200,000 in each of the two most recent years or joint income with that person's spouse in excess of $300,000 in each of those years and has a reasonable expectation of reaching the same income level in the current year.

____ (f)   Any trust, with total assets in excess of $5,000,000, not formed for the specific purpose of acquiring the securities offered, whose purchase is directed by a sophisticated person as described in Rule 506(b)(2)(ii) of Regulation D of the Securities Act.

____ (g)   Any entity in which all of the equity owners are accredited investors.

____ (h)   Any director or executive officer of the Company.


**SECTION C: INDIVIDUAL INFORMATION (To be completed by Individual Investors only.)**

C1. General Information:

Name: _John Balikian_

Age: _____       Social Security Number: _____

Marital Status: _____       Spouse's Name: _____

Citizenship: _Canadian_

If the Shares are to be owned by two or more individuals (not husband and wife), are you related to any other co-owner(s)?

A-3

SEC-SterneAgee-E-0000067

Yes___ No_X_

If yes, please explain the relationship(s):

_____
_____
_____

C2.  Principal Residence:

Address: _12 914_____ The Reef, Atlantis_____
        Number          Street

_Nassau_____ _Bahamas_____
    City         State       Zip code

Mailing Address (if other than Principal Residence above):

_1004-10332_ Paul Comtois_____
    Number       Street

_Montreal_____ PQ_____ H4N 3B5 Canada
    City       State      Zip code

Telephone Number: __514- 690- 0403_____

## SECTION D: CORPORATE OR PARTNERSHIP OR LLC INFORMATION
### (To be completed by entity Investors only.)

D1.  General Information:

Legal Name of Corporation or Partnership: _____

_____

Fictitious name: _____

_____

State of Incorporation or Formation: _____

Date of Incorporation or Formation: _____

A-4

SEC-SterneAgee-E-0000068

Federal I.D. Number: _____

Fiscal Year Ends: _____

Number of Equity Owners: _____

Name and Title of Executive Officer Executing

Questionnaire: _____

D2.   Business Address: _____

_____

Mailing Address (if different): _____

_____

Telephone Number:   (_____) _____

## SECTION E: TRUST INFORMATION (To be completed by Trust Investors only.)

E1.   General Information:

Legal Name: _____

State of Formation: _____

Date of Formation: _____

A-5

SEC-SterneAgee-E-0000069

Federal I.D. Number:_____   Fiscal Year Ends:_____

Number of Beneficiaries:_____

Principal Purpose:_____

Was the trust formed for the specific purpose of purchasing Shares?

_____Yes          _____No

E2.   Business Address:_____

_____

Telephone Number:   (_____)_____

Mailing Address:_____

_____

E3.   Authorization: If the trust was established in connection with a deferred compensation plan, please attach a copy of the trust's organizational documents and a properly certified copy of the resolutions adopted by the trust's board of directors authorizing the trust to purchase the Unit (s) and authorizing the trustee named below to execute on behalf of the trust all relevant documents necessary to subscribe for and purchase the Unit(s). In all cases, please attach a properly certified copy of the resolutions adopted by the trustees of the trust authorizing the trust to purchase the Unit(s) and authorizing the trustee named below to execute on behalf of the trust all relevant documents necessary to subscribe for and purchase the Unit(s).

Name of Authorized Trustee:_____

A-6

SEC-SterneAgee-E-0000070

<u>SIGNATURE PAGE TO</u>
<u>CONFIDENTIAL PROSPECTIVE PURCHASER QUESTIONNAIRE</u>

IN WITNESS WHEREOF, I have executed this Confidential Prospective Purchaser Questionnaire as of the date set forth below.

_John Babikian_
Name of Purchaser (Print)

Name of Joint Purchaser (if any) (Print)

Signature of Purchaser

Signature of Joint Purchaser (if any)\

Capacity of Signatory (for entities)

Date

A-7

SEC-SterneAgee-E-0000071