```
H8XP0082                ACCOUNT DETAILS DISPLAY                        SRF004

              CRD 4514090029101872    SO


         BABIKIAN,JOHN                          ███████



    ACCOUNT STATUS.......... BLOCK Y    OLN/OLM DESCRIPTION.....
    ACCOUNT TYPE............ 000        ACCOUNT DATE OPENED..... 2007/MAR/15
    ACCOUNT CLASSIFICATION.. 704        ACCOUNT DATE CLOSED.....
    ACCOUNT DESCRIPTION.....

    ACCOUNT COMMENT.........
```