## STATE OF WYOMING ∗ SECRETARY OF STATE
## MAX MAXFIELD
## BUSINESS DIVISION

200 West 24th Street, Cheyenne, WY 82002-0200
Phone 307-777-7311 · Fax 307-777-5339
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| **Name** | **Vertical International Relief Fund** |
| **Filing ID** | 2012-000631824 |
| **Type** | NonProfit Corporation |

| | | | |
|---|---|---|---|
| | | **Status** | Active |

## General Information

| | | | | |
|---|---|---|---|---|
| Old Name | | | Sub Status | Current |
| Fictitious Name | | | Standing - Tax | Good |
| | | | Standing - RA | Good |
| Sub Type | Public Benefit | | Standing - Other | Good |
| Formed in | Wyoming | | Filing Date | 10/29/2012 8:24 AM |
| Term of Duration | Perpetual | | Delayed Effective Date | |
| | | | Inactive Date | |

### Principal Address
109 W 17th St
Cheyenne, WY 82001

### Mailing Address
109 W 17th St
Cheyenne, WY 82001

### Registered Agent Address
SmallBiz Agents, Inc.
109 W 17th St
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|
| Incorporator | Michael Banner |

### Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **Vertical International Relief Fund** |
| Filing ID | 2012-000631824 |
| Type | NonProfit Corporation |
| Status | Active |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2013 |
| License Tax | $25.00 | AR Exempt | N | AR ID | 01899190 |
| AR Date | 9/16/2013 4:36 PM | | | | |
| Web Filed | Y | | | | |

## Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| Director | Gerard Babikian  8303 Southwest Freeway Ste 900, Houston, Texas 77074 |
| Director | Robert Kalfayan  8303 Southwest Freeway Ste 900, Houston, Texas 7707 |
| President / Director | Leonnel C Iruke  8303 Southwest Freeway Ste 900, Houston, Texas 77074 |

| Principal Address | Mailing Address |
|---|---|
| 109 W 17th St | 109 W 17th St |
| Cheyenne, WY 82001 | Cheyenne, WY 82001 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 01899190 | Original | 09/16/2013 | 2013 | $25.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| See Filing ID | Initial Filing | 10/29/2012 |