BRANCH COPY

MANDATORY RETENTION IN CUSTOMER FILE FOR AML COMPLIANCE PURPOSES
Regulatory Customer Summary Report

Date: 03/AUG/2011
Page 1 of 1

Transit / Account Number: ▓▓▓▓▓
Product Name: BMO Mutual Funds Investment

Customer Name: MR JOHN BABIKIAN
Customer Address:
1300 RUE ALAIN-GRANDBOIS SUITE 701
MONTREAL QC H4N0A2

Date of Birth: ▓▓▓▓▓
Source of Wealth: Self-Employment Income
Occupation: Manager Business Owner
Country of Citizenship: Canada
Country of Residence: Canada

Bureau Report Details:
Virtual ID Match:

Identification Details:
Type: Provincial Health Insurance Card
Number: ▓▓▓▓▓
Description:
Place of Issue: Quebec

Identification Details:
Type: Canadian Driver's License
Number: ▓▓▓▓▓
Description:
Place of Issue: Quebec

Power of Attorney Role Details:
First and Last Name: GERARD BABIKIAN
Address:
10332 RUE PAUL-COMTOIS
MONTREAL QC H4N3B5

Date of Birth: ▓▓▓▓▓
Occupation: Trades Automotive

Identification Details:
Type: Provincial Health Insurance Card
Number: ▓▓▓▓▓
Description: PROV QUEB
Place of Issue: Quebec

Identification Details:
Type: Canadian Driver's License
Number: ▓▓▓▓▓
Description: PROV QUEB
Place of Issue: Quebec

copie conforme à l'originale
Banque de Montréal