| Account Na | A/R Numb | Contract | Tail No. | Contract N | Resv. No. | ETO | Request-Le | From | From City | From State | To | To City | To State | Aircraft Re | Aircraft Ac | Actual Tail | Dist (SM) | Hours | Ferry Hour | Interchang | Diff | Billed Hour | Excess Hou | Tax | Adjust | Pax Fee | No. Pax | Lead Pax | Pax Manifest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vertical Int | 22044 | G-200 | N758QS | 1385415 | 5369402 | 3/21/2012 | 6496229-1 | MMSD | SAN JOSE DEL CABO |  | KSDM | SAN DIEGO |  | G-200 | G-200 | N726QS | 786 | 2 |  | 1 | 0 | 2 | N |  | Y |  | 2 | BABIKIAN, JOHN | Alima Beg; |
| Vertical Int | 22044 | G-200 | N758QS | 1385415 | 5369402 | 3/21/2012 | 6496229-2 | KSDM | SAN DIEGO | CA | KSMO | SANTA MONICA | CA | G-200 | G-200 | N726QS | 131 | 0.7 |  | 1 | 0 | 1 | N |  | N |  | 2 | BABIKIAN, JOHN | Alima Beg; |
| Vertical Int | 22044 | G-200 | N758QS | 1385415 | 5369402 | 3/17/2012 | 6497306-1 | KVNY | VAN NUYS | CA | MMSD | SAN JOSE DEL CABO |  | G-200 | CE-680 | N378QS | 928 | 2.3 |  | 0.95 | -0.1 | 2.2 | N |  | Y |  | 2 | BABIKIAN, JOHN | Alima Beg; |
| Vertical Int | 22044 | G-200 | N758QS | 1385415 | 5425326 | 4/24/2012 | 6565635-1 | KSMO | SANTA MONICA | CA | KLAS | LAS VEGAS | NV | CE-560XL | CE-560XL | N583QS | 235 | 1 |  | 0.83 | -0.2 | 0.8 | Y |  | N |  | 3 | BABIKIAN, JOHN | Teo Sek Sing; Nicholas Thomas; |
| Vertical Int | 22044 | G-200 | N758QS | 1385415 | 5425326 | 4/26/2012 | 6565636-1 | KLAS | LAS VEGAS | NV | KSMO | SANTA MONICA | CA | CE-560XL | CE-560XL | N651QS | 235 | 1 |  | 0.83 | -0.2 | 0.8 | Y |  | N |  | 3 | BABIKIAN, JOHN | Nicholas Thomas; Teo Sek Sing; |
| Vertical Int | 22044 | G-200 | N758QS | 1385415 | 5434371 | 5/4/2012 | 6577247-1 | KSMO | SANTA MONICA | CA | KAPA | DENVER | CO | G-200 | G-200 | N721QS | 845 | 1.9 |  | 1 | 0 | 1.9 | Y |  | N |  | 2 | BABIKIAN, JOHN | James Martin; |
| Vertical Int | 22044 | G-200 | N758QS | 1385415 | 5434371 | 5/4/2012 | 6577247-2 | KAPA | DENVER | CO | KMDW | CHICAGO | IL | G-200 | G-200 | N721QS | 910 | 2.2 |  | 1 | 0 | 2.2 | Y |  | N |  | 2 | BABIKIAN, JOHN | James Martin; |
| Vertical Int | 22044 | G-200 | N758QS | 1385415 | 5434371 | 5/8/2012 | 6577248-1 | KMDW | CHICAGO | IL | KDET | DETROIT | MI | CE-560XL | CE-560XL | N640QS | 247 | 0.9 |  | 0.83 | -0.2 | 0.8 | Y |  | N |  | 3 | BABIKIAN, JOHN | Hank Zemla; Allan Jones; |
| Vertical Int | 22044 | G-200 | N758QS | 1385415 | 5434371 | 5/10/2012 | 6577249-1 | KDET | DETROIT | MI | CYYZ | TORONTO | ON | BE-400A | CE-750 | N964QS | 192 | 0.8 |  | 0.71 | -0.3 | 0.7 | Y |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5484060 | 6/28/2012 | 6639912-1 | MGGT | GUATEMALA CITY |  | TXKF | BERMUDA IS |  | GIV-SP | CE-750 | N950QS | 2037 | 4.8 |  | 0.81 | -0.9 | 3.9 | N |  | N |  | 2 | BABIKIAN, JOHN | Leonnel Iruke; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5489606 | 6/13/2012 | 6646561-1 | CYUL | MONTREAL | QC | MYNN | NASSAU |  | G-200 | DA-2EASY | N230QS | 1424 | 3.2 |  | 0.83 | -0.5 | 2.7 | N |  | Y |  | 4 | BABIKIAN, JOHN | Eric van Guyen; Allan Gouveia; James Martin; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5499844 | 6/21/2012 | 6659331-1 | MYNN | NASSAU |  | MGGT | GUATEMALA CITY |  | GIV-SP | GIV-SP | N472QS | 1112 | 2.6 |  | 0.85 | -0.4 | 2.2 | N |  | N |  | 2 | BABIKIAN, JOHN | Eric van Guyen; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5517473 | 7/1/2012 | 6681045-1 | EGKK | LONDON |  | LFMN | NICE/COTE D AZUR |  | G-550 | DA-2000 | CSDNP | 622 | 1.8 |  | 1.28 | 0.5 | 2.3 | N |  | N |  | 2 | BABIKIAN, JOHN | Leonnel Iruke; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5532994 | 7/18/2012 | 6700120-1 | LIPE | BOLOGNA |  | LFMN | NICE/COTE D AZUR |  | G-550 | DA-2EASY | CSDLC | 212 | 0.8 |  | 1.28 | 0.3 | 1.3 | N |  | N |  | 2 | BABIKIAN, JOHN | Eric Nguyen; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5532994 | 7/19/2012 | 6700121-1 | LIPE | BOLOGNA |  | LFMN | NICE/COTE D AZUR |  | G-550 | DA-2EASY | CSDLC | 212 | 1.1 |  | 1.28 | 0.3 | 1.4 | N |  | N |  | 2 | BABIKIAN, JOHN | Eric Nguyen; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5544419 | 7/21/2012 | 6714089-1 | LFMN | NICE/COTE D AZUR |  | LEBL | BARCELONA |  | DA-2000 | CE-560XLS | CSDXS | 309 | 1.3 |  | 0.71 | -0.4 | 0.9 | N |  | N |  | 3 | BABIKIAN, JOHN | Eric Nguyen; Robert Kalfayan; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5547380 | 7/26/2012 | 6717407-1 | LEIB | IBIZA |  | EBBR | BRUSSELS |  | G-550 | G-550 | CSDKC | 844 | 2 |  | 1.53 | 1.1 | 3.1 | N |  | N |  | 3 | BABIKIAN, JOHN | Eric Nguyen; Robert Kalfayan; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5575182 | 8/11/2012 | 6751448-1 | LFMN | NICE/COTE D AZUR |  | OLBA | BEIRUT |  | DA-2000 | DA-2EASY | CSDLB | 1661 | 3.3 |  | 1.29 | 1 | 4.3 | N |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5611155 | 9/9/2012 | 6795835-1 | LFPB | PARIS |  | LICJ | PALERMO |  | G-550 | DA-2EASY | CSDLH | 915 | 2.2 |  | 1.34 | 0.7 | 2.9 | N |  | N |  | 2 | BABIKIAN, JOHN | Eric Nguyen; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5613931 | 9/11/2012 | 6799444-1 | LICJ | PALERMO |  | LIMC | MILAN |  | G-550 | DA-2EASY | CSDLD | 561 | 1.5 |  | 1.34 | 0.5 | 2 | N |  | N |  | 2 | BABIKIAN, JOHN | Eric Nguyen; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5625897 | 9/20/2012 | 6814711-1 | EGGW | LONDON |  | LPPR | PORTO |  | G-550 | G-550 | CSDKE | 834 | 2 |  | 1.6 | 1.2 | 3.2 | N |  | N |  | 2 | BABIKIAN, JOHN | Alima Beg; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5632189 | 9/27/2012 | 6823677-1 | LFPR | FARO |  | LFMN | NICE/COTE D AZUR |  | DA-2000 | DA-2000 | CSDFE | 921 | 2.4 |  | 1.34 | 0.8 | 3.2 | N |  | N |  | 3 | BABIKIAN, JOHN | Steven Beyak; Ohannes Garabedian; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5746852 | 12/27/2012 | 6966243-1 | LFPB | PARIS |  | EDDF | FRANKFURT/MAIN |  | G-550 | DA-2EASY | CSDLE | 445 | 1.5 |  | 1.36 | 0.5 | 2 | N |  | N |  | 3 | BABIKIAN, JOHN | Steven Beyak; Ohannes Garabedian; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5746852 | 12/27/2012 | 6966244-1 | EDDF | FRANKFURT/MAIN |  | LFMN | NICE/COTE D AZUR |  | G-550 | DA-2EASY | CSDFG | 445 | 1.3 |  | 1.36 | 0.5 | 1.8 | N |  | N |  | 3 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5770490 | 1/14/2013 | 6994344-1 | LKCC | CATANIA |  | LFMN | NICE/COTE D AZUR |  | G-550 | DA-2EASY | CSDFF | 594 | 1.6 |  | 1.38 | 0.6 | 2.2 | N |  | N |  | 2 | BABIKIAN, JOHN | Eric Nguyen; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5780565 | 1/18/2013 | 7007431-1 | LFMN | NICE/COTE D AZUR |  | LSGG | GENEVA |  | G-550 | DA-2EASY | CSDLC | 186 | 0.8 |  | 1.38 | 0.4 | 1.4 | N |  | N |  | 2 | BABIKIAN, JOHN | Dounia Dia-Eddine; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5782653 | 1/19/2013 | 7010068-1 | LSGG | GENEVA |  |  |  |  | G-550 | 800XPC | CSDRC | 186 | 0.9 |  | 0.84 | -0.2 | 0.8 | N |  | N |  | 2 | BABIKIAN, JOHN | Dounia Dia-Eddine; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5792441 | 1/31/2013 | 7022039-1 | KSMO | SANTA MONICA | CA | KSAC | SACRAMENTO | CA | CE-560XL | CE-560XL | N607QS | 353 | 1.2 |  | 0.63 | -0.4 | 0.8 | N |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5792441 | 2/1/2013 | 7022040-1 | KSAC | SACRAMENTO | CA | KSMO | SANTA MONICA | CA | CE-560XL | CE-750 | N947QS | 353 | 1.1 |  | 0.63 | -0.4 | 0.7 | N |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5802178 | 2/6/2013 | 7034262-1 | KVNY | VAN NUYS | CA | KDLS | THE DALLES | OR | GL5000S | GL6000S | N141QS | 800 | 1.8 |  | 1 | 0 | 1.8 | N |  | N |  | 4 | BABIKIAN, JOHN | Jack Kalfayan; Robert Kalfayan; Eric Nguyen; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5802178 | 2/8/2013 | 7034263-1 | KDLS | THE DALLES | OR | KVNY | VAN NUYS | CA | GL5000S | GL6000S | N141QS | 800 | 1.8 |  | 1 | 0 | 1.8 | N |  | N |  | 5 | BABIKIAN, JOHN | Kevin Gauthier; Robert Kalfayan; Jack Kalfayan; Eric Nguyen; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5833414 | 3/2/2013 | 7072569-1 | KBCT | BOCA RATON | FL | MYNN | NASSAU |  | CE-560XL | CE-560XLS | N568QS | 189 | 1 |  | 0.63 | -0.4 | 0.6 | N |  | Y |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5849981 | 3/13/2013 | 7093268-1 | LFMN | NICE/COTE D AZUR |  | EGGW | LONDON |  | CE-560XL | CE-560XL | CSDFR | 667 | 1.9 |  | 0.75 | -0.5 | 1.4 | N |  | N |  | 3 | BABIKIAN, JOHN | Steven Beyak; Leonnel Iruke; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 5906100 | 4/22/2013 | 7161418-1 | KSMO | SANTA MONICA | CA | MMSD | SAN JOSE DEL CABO |  | GIV-SP | G-450 | N425QS | 916 | 2.1 |  | 0.85 | -0.3 | 1.8 | N |  | N |  | 4 | BABIKIAN, JOHN | Alima Beg; Aaron Kirman; Behrouz Rad; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 5906100 | 4/26/2013 | 7161419-1 | MMSD | SAN DIEGO | CA | KSMO | SANTA MONICA | CA | GIV-SP | G-450 | N415QS | 131 | 0.6 |  | 0.85 | -0.3 | 0.5 | N |  | N |  | 4 | BABIKIAN, JOHN | Alima Beg; Behrouz Rad; Aaron Kirman; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 5906100 | 4/26/2013 | 7161419-2 | MMSD | SAN JOSE DEL CABO |  | KSDM | SAN DIEGO | CA | GIV-SP | G-450 | N415QS | 786 | 2 |  | 0.85 | -0.3 | 1.7 | N |  | Y |  | 2 | BABIKIAN, JOHN | Alima Beg; Behrouz Rad; Aaron Kirman; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 5910573 | 4/18/2013 | 7167205-1 | KSDL | SCOTTSDALE | AZ | KSMO | SANTA MONICA | CA | CE-560XL | CE-680 | N359QS | 377 | 1.3 |  | 0.63 | -0.4 | 0.8 | N |  | N |  | 2 | BABIKIAN, JOHN | Alima Beg; |
| Vertical Int | 22044 | GIV-SP | N426QS | 1389106 | 5904990 | 4/15/2013 | 7160230-1 | KSMO | SANTA MONICA | CA | KSDL | SCOTTSDALE | AZ | CE-560XL | DA-2000 | N253QS | 377 | 1.1 |  | 0.63 | -0.4 | 0.7 | N |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 5971688 | 6/3/2013 | 7242278-1 | KDLS | THE DALLES | OR | CYVR | VANCOUVER | BC | CE-560XL | CE-560XLS | N693QS | 264 | 1 |  | 0.63 | -0.4 | 0.6 | N |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6007989 | 7/2/2013 | 7286505-1 | CYMX | MONTREAL | QC | KTEB | TETERBORO | NJ | CE-560XL | CE-560XLS | N577QS | 333 | 1.3 |  | 0.63 | -0.5 | 0.8 | N |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6057199 | 7/31/2013 | 7345170-1 | LFPB | PARIS |  | EGWU | NORTHOLT |  | 800XP | 800XPC | CSDRI | 219 | 1.1 |  | 0.83 | -0.2 | 0.9 | N |  | N |  | 2 | BABIKIAN, JOHN | Anahita Riahi; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6057199 | 7/29/2013 | 7352145-1 | LFMN | NICE/COTE D AZUR |  | LFPB | PARIS |  | CE-560XL | EMB-505 | N300QS | 432 | 1.4 |  | 0.76 | -0.3 | 1.1 | N |  | N |  | 2 | BABIKIAN, JOHN | Anahita Riahi; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6077324 | 8/7/2013 | 7369340-1 | KVNY | VAN NUYS | CA | KDLS | THE DALLES | OR | GIV-SP | GIV-SP | N413QS | 800 | 1.9 |  | 0.85 | -0.3 | 1.6 | N |  | N |  | 2 | BABIKIAN, JOHN | Anahita Riahi; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6077324 | 8/7/2013 | 7369341-1 | KDLS | THE DALLES | OR | KVNY | VAN NUYS | CA | GIV-SP | GIV-SP | N413QS | 800 | 2 |  | 0.85 | -0.3 | 1.7 | N |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6084663 | 8/14/2013 | 7378264-1 | LSGG | GENEVA |  | LFMN | NICE/COTE D AZUR |  | CE-550B | CE-560XLS | CSDXL | 186 | 1.1 |  | 0.64 | -0.4 | 0.7 | N |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6084663 | 8/15/2013 | 7378265-1 | LFMN | NICE/COTE D AZUR |  | LIRA | ROME |  | CE-550B | CE-560XLS | CSDXT | 303 | 1 |  | 0.64 | -0.4 | 0.6 | N |  | N |  | 6 | BABIKIAN, JOHN | Steven Beyak; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6084663 | 8/16/2013 | 7378266-1 | LIRA | ROME |  | LFMN | NICE/COTE D AZUR |  | DA-2000 | DA-2000EJ | HBIAU | 303 | 1 |  | 0.88 | -0.1 | 0.9 | N |  | N |  | 6 | BABIKIAN, JOHN | Steven Beyak; Molli Martin; Griffin Martin; Ethan Martin; James Martin; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6084663 | 8/18/2013 | 7386351-1 | LFPB | PARIS |  | GMTT | TANGER |  | CE-560XL |  | 750 | CSDUA | 887 | 2.2 |  | 0.77 | -0.5 | 1.7 | N |  | N |  | 2 | BABIKIAN, JOHN | Laurent Nathan; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6084785 | 8/10/2013 | 7378440-1 | KMIA | MIAMI | FL | MYNN | NASSAU |  | CE-560E | CE-560E | N658QS | 184 | 0.7 |  | 0.59 | -0.4 | 0.6 | N |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6110066 | 8/26/2013 | 7404751-1 | GMMX | MARRAKECH |  | LPPT | LISBON |  | CE-550B | CE-560XLS | CSDXN | 498 | 1.5 |  | 0.64 | -0.5 | 1 | N |  | N |  | 5 | BABIKIAN, JOHN | Robert Kalfayan; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6117359 | 8/30/2013 | 7417627-1 | ESSA | STOCKHOLM |  | LSZH | ZURICH |  | CE-560XL | DA-2EASY | CSDLE | 925 | 2.3 |  | 0.65 | -0.4 | 1.8 | N |  | N |  | 5 | BABIKIAN, JOHN | Leonnel Iruke; Robert Kalfayan; Christina Appeltofft; Anahita Riahi; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6117359 | 9/2/2013 | 7417628-1 | LSZH | ZURICH |  | EDDL | DUSSELDORF |  | CE-550B | CE-560XLS | CSDXL | 276 | 1.2 |  | 0.65 | -0.5 | 0.9 | N |  | N |  | 3 | BABIKIAN, JOHN | Robert Kalfayan; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6122691 | 9/4/2013 | 7423792-1 | EDDL | DUSSELDORF |  | LHBP | BUDAPEST |  | CE-550B | CE-560XLS | CSDQB | 639 | 1.8 |  | 0.65 | -0.6 | 1.2 | N |  | N |  | 2 | BABIKIAN, JOHN | Amicle Hisaga melao; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6125330 | 9/13/2013 | 7427011-1 | LFMN | NICE/COTE D AZUR |  | LHBP | BUDAPEST |  | CE-550B | CE-560XLS | CSDXN | 639 | 1.9 |  | 0.65 | -0.7 | 1.2 | N |  | N |  | 2 | BABIKIAN, JOHN | Amicle Hisaga melao; |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6125330 | 9/15/2013 | 7427012-1 | LHBP | BUDAPEST |  | LFMN | NICE/COTE D AZUR |  | CE-550B | CE-560XLS | CSDHM | 667 | 2.3 |  | 0.65 | -0.8 | 1.5 | N |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6166663 | 9/7/2013 | 7428306-1 | EGGW | LONDON |  | LFPB | PARIS |  | CE-550B | CE-560XLS | CSDXS | 432 | 1.7 |  | 0.78 | -0.4 | 1.3 | N |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6160995 | 9/27/2013 | 7470996-1 | LFPB | PARIS |  | LFMN | NICE/COTE D AZUR |  | 800XPC | 800XPC | CSDRI | 528 | 1.4 |  | 0.86 | -0.2 | 1.2 | N |  | N |  | 1 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6195286 | 10/19/2013 | 7512930-1 | EGGW | LONDON |  | EDDN | NURNBERG |  | CE-560XL |  | 750 | CSDUD | 1687 | 3.9 |  | 0.79 | -0.8 | 3.1 | N |  | N |  | 2 | BABIKIAN, JOHN |  |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6199281 | 10/23/2013 | 7517652-1 | LSZH | ZURICH |  | OLBA | BEIRUT |  | CE-560XL | CE-750 | N941QS | 1424 | 3.1 |  | 0.63 | -1.1 | 2 | N |  | Y |  | 1 | Alima Beg |  |
| Vertical Int | 22044 | GL5000S | N101QS | 1392774 | 6210702 | 11/1/2013 | 7531676-1 | CYUL | MONTREAL | QC | MYNN | NASSAU |  | CE-560XL | CE-750 | N941QS | 1424 | 3.1 |  | 0.63 | -1.1 | 2 | N |  | Y |  | 1 | Alima Beg |  |

