Westlaw.

APN: 17550                                                                                                                  Page 1

Real Property Tax Assessor Record

Source Information

| | |
|---|---|
| **Tax Roll Certification Date:** | 10/07/2009 |
| **Owner Information Current Through:** | 12/31/2013 |
| **County Last Updated:** | 03/06/2014 |
| **Current Date:** | 03/09/2014 |
| **Source:** | TAX ASSESSOR WASCO, OREGON |

Owner Information

| | |
|---|---|
| **Owner(s):** | **MIDDLEBAY TRADE** LTD |
| **Corporate Owner:** | CORPORATE OWNER |
| **Absentee Owner:** | ABSENTEE (MAIL AND SITUS NOT=) |
| **Property Address:** | 4455 EMERSON LOOP RD |
| | THE DALLES, OR 97058-9623 |
| **Mailing Address:** | 642 N LAUREL AVE |
| | WEST HOLLYWOOD, CA 90048-2321 |

Property Information

| | |
|---|---|
| **County:** | WASCO |
| **Assessor's Parcel Number:** | 17550 |
| **Property Type:** | AGRICULTURAL |
| **Land Use:** | FARMS |
| **Zoning:** | A180 |
| **Lot Size:** | 6902082 |
| **Lot Acreage:** | 158.4500 |
| **Range:** | 14E |

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

| | |
|---|---|
| **Township:** | 01N |

## Tax Assessment Information

| | |
|---|---|
| **Tax Year:** | 2012 |
| **Calculated Land Value:** | $228,170.00 |
| **Calculated Improvement Value:** | $220,080.00 |
| **Calculated Total Value:** | $448,250.00 |
| **Assessed Total Value:** | $281,064.00 |
| **Market Land Value:** | $228,170.00 |
| **Market Improvement Value:** | $220,080.00 |
| **Market Total Value:** | $448,250.00 |
| **Valuation Method:** | MARKET |
| **Tax Amount:** | $2,805.33 |

## Building/Improvement Characteristics

| | |
|---|---|
| **Number of Buildings:** | 2 |
| **Year Built:** | 1863 |
| **Total Area:** | 6902082 |
| **Living Square Feet:** | 2606 |
| **Basement Square Feet:** | 1585 |
| **Garage Type:** | DETACHED GARAGE |

## Historical Tax Assessor Information

*Historical Tax Assessor Record 1.*

| | |
|---|---|
| **Tax Year:** | 2011 |
| **Calculated Land Value:** | $200,230.00 |
| **Calculated Improvement Value:** | $220,080.00 |
| **Calculated Total Value:** | $420,310.00 |
| **Assessed Total Value:** | $272,878.00 |

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

| | |
|---|---|
| **Assessor's Parcel Number:** | 17550 |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | HAY JACK J |
| | HAY SARA E |
| **Property Address:** | 4455 EMERSON LOOP RD |
| | THE DALLES, OR 97058-9623 |
| **Mailing Address:** | 4455 EMERSON LOOP RD |
| | THE DALLES, OR 97058-9623 |

*Historical Tax Assessor Record 2.*

| | |
|---|---|
| **Tax Year:** | 2009 |
| **Calculated Land Value:** | $221,400.00 |
| **Calculated Improvement Value:** | $250,900.00 |
| **Calculated Total Value:** | $472,300.00 |
| **Assessed Total Value:** | $211,784.00 |
| **Assessor's Parcel Number:** | 17550 |
| **Absentee Owner:** | OWNER OCCUPIED |
| **Owner:** | HAY JACK J |
| | HAY SARA E |
| **Property Address:** | 4455 EMERSON LOOP RD |
| | THE DALLES, OR 97058-9623 |
| **Mailing Address:** | 4455 EMERSON LOOP RD |
| | THE DALLES, OR 97058-9623 |

*Historical Tax Assessor Record 3.*

| | |
|---|---|
| **Assessor's Parcel Number:** | 17550 |
| **Owner:** | HAY JACK J |
| | HAY SARA E |
| **Property Address:** | OR |
| **Mailing Address:** | 4455 EMERSON LOOP RD |
| | THE DALLES, OR 97058-9623 |

ADDITIONAL PROPERTIES POSSIBLY CONNECTED TO OWNER have been located. The owner's mailing

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

address is associated with other properties as indicated by tax assessor records. Additional charges may apply.

**Order Documents**

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
for on-site manual retrieval of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.