10 mars 2014

**Informations relatives au compte pour lequel l'adresse IP 184.163.111.93 a été assignée le 20 mai 2012**

Titulaire JOHN BABIKIAN (DDN : 1987/         )

Adresse de service 1300 RUE ALAIN-GRANDBOIS APP 701, MONTREAL (QUEBEC) H4N 0A2

Adresse de correspondance 445 RUE DES ANEMONES, LAVAL (QUEBEC) H7X 0B5

Service d'internet, adresse courriel attribuée jbmarketing@videotron.ca