

APN: 5527-015-023                                                                                                                    Page 1

# Real Property Transaction Record

## Source Information

| | |
|---|---|
| **Filings Current Through:** | 02/27/2014 |
| **County Last Updated:** | 03/05/2014 |
| **Frequency of Update:** | WEEKLY |
| **Current Date:** | 03/09/2014 |
| **Source:** | COUNTY RECORDER, LOS ANGELES, **CALIFORNIA** |

## Owner Information

| | |
|---|---|
| **Owner(s):** | MIDDLEBAY TRADE LTD |
| **Ownership Rights:** | COMPANY / CORPORATION |
| **Corporate Owner:** | CORPORATE OWNER |
| **Absentee Owner:** | SITUS FROM SALE (OCCUPIED) |
| **Property Address:** | 642 N LAUREL AVE<br>LOS ANGELES, CA 90048-2321 |
| **Mailing Address:** | 642 N LAUREL AVE<br>LOS ANGELES, CA 90048-2321 |

## Property Information

| | |
|---|---|
| **County:** | **LOS ANGELES** |
| **Assessor's Parcel Number:** | 5527-015-023 |
| **Property Type:** | SINGLE FAMILY RESIDENCE - TOWNHOUSE |
| **Land Use:** | SINGLE FAMILY RESIDENCE |
| **Building Square Feet:** | 1165 |

## Transaction Information

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.

| | |
|---|---|
| **Transaction Date:** | 06/02/2011 |
| **Seller Name:** | BABIKIAN JOHN |
| **Deed Type:** | GRANT DEED |
| **Document Type:** | GRANT DEED |
| **Type of Transaction:** | NOMINAL |
| **Recording Date:** | 07/05/2011 |
| **Document Number:** | 901448 |
| **Construction Type:** | SALE IS A RE-SALE |
| **Purchase Payment:** | CASH |

TAX ASSESSOR RECORD is available for this property. The record contains information from the office of the local real property tax assessor office. In addition to identifying the current owner, the record may include tax assessment information, the legal description, and property characteristics. Additional charges may apply.

TRANSACTION HISTORY REPORT is available for this property. The report contains details about all available transactions associated with this property. The report may include information about sales, ownership transfers, re-finances, construction loans, 2nd mortgages, or equity loans based on recorded deeds. Additional charges may apply.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
for on-site manual retrieval of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2014 Thomson Reuters. No Claim to Orig. US Gov. Works.