**McFall, Andrew**

| | |
|---|---|
| **From:** | saldac1@aol.com |
| **Sent:** | Thursday, February 23, 2012 3:05 PM |
| **To:** | OTC Markets Group |
| **Subject:** | Fwd: Brand new pick coming March 1st! |

-----Original Message-----
From: PennyStocksUniverse <picks@pennystocksuniverse.com>
To: saldac1 <saldac1@aol.com>
Sent: Thu, Feb 23, 2012 2:32 pm
Subject: Brand new pick coming March 1st!



# Today's pick is: AWSR

Hi Everyone,
For our new subscribers, Welcome!

Congratulations to everyone who made big bucks on our previous pick. We initially announced it at 7 cents, and it ended up hitting nearly $2.
We are going to be announcing a brand new pick on March 1st the company is absolutely amazing.
It is in the coal mining industry. It currently has a contract with Pacific Corp (Warren Buffet affiliated company) to supply up to $175 million worth of coal.
It is currently fully producing a large amount of coal in Utah, and Yahoo finance has a target of $4.50 on it while it is only trading at less than a dollar right now.
As we research the company and build reports to show you next month for our announcement you can prepare by loading your brokerage accounts, and researching the coal industry if you want.

**We think that this new pick has a chance of becoming our best pick ever!**

**Happy Trading!**
**Your PennyStocksUniverse Editor.**

DISCLAIMER: Never invest in any stock featured herein unless you can afford to lose your entire investment. Neither PennyStocksUniverse.com, nor its employees and affiliates are registered as investment advisors or broker/dealers in any jurisdiction whatsoever. The information contained herein is based on sources that PennyStocksUniverse.com believes to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data. Readers should always do their own due diligence and consult a financial professional. PennyStocksUniverse.com encourages readers and investors to supplement the information in this report with independent research and other professional advice. All information on the featured company is provided by the company profiled, or is available from public sources and PennyStocksUniverse.com makes no representations, warranties or guarantees as to the accuracy or completeness of the disclosure by the profiled company. Any opinions expressed on this report are statements of judgment as of the date of publication and are subject to change without further notice, and may not necessarily be reprinted in future publications or elsewhere.

None of the materials or advertisements herein constitute offers or solicitations to purchase or sell securities of the company profiled herein and any decision to invest in any such company or other financial decisions should not be made based upon the information provide herein. Instead, PennyStocksUniverse.com strongly urges you conduct a complete and independent investigation of the respective companies and consideration of all pertinent risks. PennyStocksUniverse.com does not offer such advice or analysis, and PennyStocksUniverse.com further urges you to consult your own independent tax, business, financial and investment advisors. Investing in micro-cap and growth securities is highly speculative and carries an extremely high degree of risk. It is possible that an investor's investment may be lost or impaired due to the speculative nature of the company profiled. PennyStocksUniverse.com. its operators, owners, employees, and affiliates may have interests or positions in equity securities of the companies profiled on this website, some or all of which may have been acquired prior to the dissemination of this report, and may increase or decrease these positions at any time.

This report may contain forward-looking statements, which involve risks and uncertainties. Accordingly, no assurance can be given that the actual events and results will not be materially different than the anticipated results described in the forward-looking statement. There are a number of important factors that could cause actual results to differ materially from those expressed in any forward-looking statements made by PennyStocksUniverse.com about the company profiled. These factors include that company's success in their business and operations; the activities of new or existing competitors, the ability to attract and retain employees and strategic partners, the ability to leverage intangible assets, the ability to complete new projects at planned costs and on planned schedules and adoption of the Internet as a medium of commerce, communications and learning. If applicable, investors are also directed to consider other risks and uncertainties discussed in documents filed by the profiled company with the Securities and Exchange Commission. PennyStocksUniverse.com undertakes no obligation to publicly release the result of any revisions to these forward-looking statements, which may be made to reflect events or circumstances after the date hereof or to reflect the occurrence of unanticipated events.

PennyStocksUniverse.com is owned and operated by Centro Azteca S.A. The company expects to receive €15,000 from a third party through the Tengeria Foundation for publication of this information. This compensation may constitute a conflict of interest as to PennyStocksUniverse.com's ability to remain objective in our communication regarding the profiled company."

This message was sent to saldac1@aol.com from:

Centro Azteca S.A | 10 Anson Road #16-16/6087, International Plaza | Singapore, Singapore 079903, Singapore

Unsubscribe

Email Marketing by
