Derrick Anderson
5304 Rue Nicole Drive
Baker, La. 70714

BATON ROUGE LA 707
24 AUG 2010 PM 1 L

Robert Kalfayan
2855 Sanford Ave. SW
#12529
Grand Ville, MI 49418

12529
10039393