▼ TO OPEN: FOLD AND TEAR ALONG PERFORATION ▼

John Babikian
2885 Sanford Ave SW Apt 12529
Grandville, MI 49418-1342

12529

10006028

...nts are intended solely for the addressee listed and ...entioned only. Do not bend, fold, tear or mutilate.

PULL TAB HERE

PRSRT
U.S. POS
FAR
PENNSYL
PERMIT