# sterne
# agee

## AUTHORIZATION TO ESTABLISH ELECTRONIC TRADE CONFIRMATIONS
## AND/OR STATEMENTS

Please establish electronic mail confirmations and/or statement, as indicated below for my account(s) as introduced to Sterne Agee & Leach by my broker dealer _____JTF____ (insert name of broker dealer servicing account), which are held under account holder's social security number only. Please fax completed form to (205) 414-3201.

| Account Number | Account Name | Statements | Confirms |
|---|---|---|---|
| 5752 | JOHN BABIKIAN | x | x |

I understand that I will not receive a paper statement, unless requested from my broker dealer.

Signature _____

Date  Apr 25, 2011

Please send the electronic mail confirmation and/or my account statements to my following e-mail address:

mapleboyone@gmail.com    ← Maplebayone @ Gmail.com

Thank you,

Signature (Primary Account Holder) _____

Date  Apr 29, 2011

Signature (Joint Account Holder) _____

Date

Signature (Additional Account Holder) _____

Date