| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2000012984109 | 6/5/2012 | INCOMING MONEY TRANSFER | SALES-FINANCE | Wire - Domestic | 999,965.00 | - | 999,965.00 WT FED#00248 HSBC HONG KONG /ORG=ARROW IMPORT EXPORT CORPORATION SRF# 157310734 |
| 2000012984109 | 6/5/2012 | INCOMING MONEY TRANSFER | SALES-FINANCE | Wire - Domestic | 999,965.00 | - | 999,965.00 WT FED#00274 HSBC HONG KONG /ORG=MICROTECH VENTURES LIMITED SRF# 157311520 TRN#120605004379 |
| 2000012984109 | 6/6/2012 | INCOMING MONEY TRANSFER | SALES-FINANCE | Wire - Domestic | 270,965.00 | - | 270,965.00 WT FED#00123 HSBC HONG KONG /ORG=ARROW IMPORT EXPORT CORPORATION SRF# 158311314 |
| 2000012984109 | 6/6/2012 | INCOMING MONEY TRANSFER | SALES-FINANCE | Wire - Domestic | 999,965.00 | - | 999,965.00 WT FED#00319 HSBC HONG KONG /ORG=MICROTECH VENTURES LIMITED SRF# 158311053 TRN#120606004134 |