Positions in AWSR
January 1, 2010 - September 30, 2011

| Account | Shrt Nam | Bbh Secr Num | Intl Secr Num | Secr Des | Eff Dte | Unt Qty | Location Account |
|---|---|---|---|---|---|---|---|
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 06/22/11 | 0 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 07/07/11 | 20,000 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 07/08/11 | 24,500 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 07/11/11 | 43,000 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 07/13/11 | 161,193 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 07/13/11 | 38,500 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 07/14/11 | 199,693 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 07/14/11 | 0 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 08/15/11 | 21,200 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 08/17/11 | 220,893 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 08/17/11 | 0 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 09/01/11 | 3,000 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 09/01/11 | -3,000 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 09/01/11 | 217,893 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 09/06/11 | 0 | 7642481 |
| 5317 | SIX SIS AG MAIN ACCOUNT | 981552 | 02365V205#US | AMERICA WEST RESOURCES | 09/06/11 | 0 | 7642481 |