**User Information**

**Enter Username to Get Information**

User Name:

johnjackinc

search

**Basic Information**

**johnjackinc**  
inc, frostwood  
NULL, FI  
crazypennystocks@gmail.com  
User ID: 312183  
Signup IP: 96.22.108.136  

541 rue dubois  
Frankfurt  
FK, J9HN7N  
DE  
Ad ID: NULL  

Phone: +44.5554121  
Fax: +1.5555555555  
Pwd: Login  
Referral ID: NULL  
Signup Date: 2/10/2009 2:38:37 PM  

**Activity Information**

Last Login: 2/22/2012 11:55:09 AM  
Login Tries: 0  
Account Status : Open  

Last Transaction: 9/14/2010 5:36:52 PM  
Login IP: 76.94.134.16  

Disabled Till: NULL

| | | | | | |
|---|---|---|---|---|---|
| WHOISGUARD | Free With bargainoo.ws.-Promotion | Years : 1<br>Qty: 1<br>Price: 0 | YES | Free WhoisGuard Promotion | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 2634385 | Date: 1/18/2010 8:31:34 PM<br>User: johnjackinc 🔍 | CC Order ID: 65.44.205.2-JOHNJACKINC-NC-31218 ...<br>Trans ID: 0614340620839143:NNNM: (?) | | Amount: $9.69/ $9.69<br>Type: CREDIT CARD<br>Promotion code: N/A | Resend Receipt |

| Type | Name | | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|---|
| REGISTER | mdceresearchreport.com<br>Delete \| Edit | | Years : 1<br>Qty: 1<br>Price: 9.69 | YES | Command completed successfully - 201276670 | | Check Status |
| WHOISGUARD | Free With mdceresearchreport.com.-Promotion | | Years : 1<br>Qty: 1<br>Price: 0 | YES | Free WhoisGuard Promotion | | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 2470697 | Date: 11/5/2009 5:40:26 PM<br>User: johnjackinc 🔍 | CC Order ID: 96.22.104.151-JOHNJACKINC-NC-312 ...<br>Trans ID: 0348470591169058:NNNM: (?) | | Amount: $9.69/ $9.69<br>Type: CREDIT CARD<br>Promotion code: N/A | Resend Receipt |

| Type | Name | | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|---|
| REGISTER | nicepennystocks.com<br>Delete \| Edit | | Years : 1<br>Qty: 1<br>Price: 9.69 | YES | Command completed successfully - 199819740 | | Check Status |
| WHOISGUARD | Free With nicepennystocks.com.-Promotion | | Years : 1<br>Qty: 1<br>Price: 0 | YES | Free WhoisGuard Promotion | | Check Status |

| ID (?) | Order Info | Transaction Info | | Payment Info | Receipt |
|---|---|---|---|---|---|
| 2470590 | Date: 11/5/2009 4:41:09 PM<br>User: johnjackinc 🔍 | CC Order ID: 96.22.104.151-JOHNJACKINC-NC-312 ...<br>Trans ID: 0621980591145566:NNNM: (?) | | Amount: $9.69/ $9.69<br>Type: CREDIT CARD<br>Promotion code: N/A | Resend Receipt |

| Type | Name | | Info | Success | Error Info (?) | Option (?) | Refund Status |
|---|---|---|---|---|---|---|---|
| REGISTER | awesomepennystocks.com<br>Delete \| Edit | | Years : 1<br>Qty: 1<br>Price: 9.69 | YES | Command completed successfully - 199818986 | | Check Status |
| WHOISGUARD | Free With awesomepennystocks.com.-Promotion | | Years : 1<br>Qty: 1<br>Price: 0 | YES | Free WhoisGuard Promotion | | Check Status |

| ID | Order Info | Transaction Info | | | Payment Info | Receipt |
|---|---|---|---|---|---|---|
| 2470569 | Date: 11/5/2009 4:24:23 PM<br>User: johnjackinc | CC Order ID: 96.22.104.151-JOHNJACKINC-NC-312 …<br>Trans ID: 0536950591138000:NNNM: (?) | | | Amount: $9.69/ $9.69<br>Type: CREDIT CARD<br>Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info | Option | Refund Status |
|---|---|---|---|---|---|---|
| REGISTER | pennystocksuniverse.com<br>Delete \| Edit | Years : 1<br>Qty: 1<br>Price: 9.69 | YES | Command completed successfully - 199818734 | | Check Status |
| WHOISGUARD | Free With pennystocksuniverse.com.-Promotion | Years : 1<br>Qty: 1<br>Price: 0 | YES | Free WhoisGuard Promotion | | Check Status |

| ID | Order Info | Transaction Info | | | Payment Info | Receipt |
|---|---|---|---|---|---|---|
| 2463414 | Date: 11/2/2009 3:11:35 PM<br>User: johnjackinc | CC Order ID: 96.22.104.151-JOHNJACKINC-NC-312 …<br>Trans ID: 0609740589812994:NNNM: (?) | | | Amount: $9.69/ $9.69<br>Type: CREDIT CARD<br>Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info | Option | Refund Status |
|---|---|---|---|---|---|---|
| REGISTER | otcresearchportal.com<br>Delete \| Edit | Years : 1<br>Qty: 1<br>Price: 9.69 | YES | Command completed successfully - 199751538 | | Check Status |
| WHOISGUARD | Free With otcresearchportal.com.-Promotion | Years : 1<br>Qty: 1<br>Price: 0 | YES | Free WhoisGuard Promotion | | Check Status |

| ID | Order Info | Transaction Info | | | Payment Info | Receipt |
|---|---|---|---|---|---|---|
| 2000556 | Date: 6/14/2009 11:52:21 AM<br>User: johnjackinc | CC Order ID: 96.22.108.136-JOHNJACKINC-NC-312 …<br>Trans ID: 0719210529746698:NNNM:400685734865: (?) | | | Amount: $9.69/ $9.69<br>Type: CREDIT CARD<br>Promotion code: N/A | Resend Receipt |

| Type | Name | Info | Success | Error Info | Option | Refund Status |
|---|---|---|---|---|---|---|
| REGISTER | unrealstocksmail.com<br>Delete \| Edit | Years : 1<br>Qty: 1<br>Price: 9.69 | YES | Command completed successfully - 196990404 | | Check Status |
| WHOISGUARD | Free With unrealstocksmail.com.-Promotion | Years : 1<br>Qty: 1<br>Price: 0 | YES | Free WhoisGuard Promotion | | Check Status |

| ID | Order Info | Transaction Info | Payment Info | Receipt |
|---|---|---|---|---|
| 2000554 | Date: 6/14/2009 11:51:07 AM<br>User: johnjackinc | CC Order ID: 96.22.108.136-JOHNJACKINC-NC-312 …<br>Trans ID: (?) | Amount: $9.69/ $0<br>Type: CREDIT CARD<br>Promotion code: N/A | Resend Receipt |

# Order Information

View Summary(beta)

Enter Order ID: [       ] [search]

Search by user name: [       ] [search]
(enter exact user name. Will list order ids relating to the user)

Search by Domain name: [       ] [search]
(enter exact domain name. Will list order(s) relating to the domain)
[ ex. sample.com ]

| | | | |
|---|---|---|---|
| **Order ID** | 2470569 | **Reference ID** | 312183-8e5a4c3382-59099.54 |
| **Start** | 11/5/2009 4:24:23 PM | **End** | 11/5/2009 4:24:37 PM |
| **User Name** | johnjackinc | **Credit Card Order ID** | 96.22.104.151-JOHNJACKINC-NC-312183-8E5A4C3382-59099.54 |
| **Credit Card Transaction ID** | 0536950591138000:NNNM: | **Credit Card Status** | APPROVED |
| **Credit Card Last4** | 1872 | **Name On CC** | jb marketing |
| **Billed Amount** | 9.69 | **Final Amount** | 9.69 |
| **IP Address** | 96.22.104.151 | **CC Zip** | J9HN7N |
| **Referral** | | **Ad ID** | |

**Error Info:** ; ;

## Address Information

| | | | |
|---|---|---|---|
| **First Name** | frostwood | **Last Name** | inc |
| **Email** | crazypennystocks@gmail.com | **Country** | DE |

Above are all Registrant Info. More address info available in database…

## Order Items

| Domain Name | Number of Years | Price Per Year | Total | Type | Success? | Error If Any |
|---|---|---|---|---|---|---|
| pennystocksuniverse.com | 1 | 9.69 | 9.69 | REGISTER | True | Command completed successfully - 199818734 |
| Free With pennystocksuniverse.com.-Promotion | 1 | 0 | 0 | WHOISGUARD | True | Free WhoisGuard Promotion |

# Order Information

[View Summary(beta)](#)

|  |  |
|---|---|
| Enter Order ID: | [          ] [search] |
| Search by user name: | [          ] [search] |
| | (enter exact user name. Will list order ids relating to the user) |
| Search by Domain name: | [          ] [search] |
| | (enter exact domain name. Will list order(s) relating to the domain) [ ex. sample.com ] |

| | | | |
|---|---|---|---|
| **Order ID** | 2470590 | **Reference ID** | 312183-ba6e0e4f22-60105.69 |
| **Start** | 11/5/2009 4:41:09 PM | **End** | 11/5/2009 4:41:33 PM |
| **User Name** | johnjackinc | **Credit Card Order ID** | 96.22.104.151-JOHNJACKINC-NC-312183-BA6E0E4F22-60105.69 |
| **Credit Card Transaction ID** | 0621980591145566:NNNM: | **Credit Card Status** | APPROVED |
| **Credit Card Last4** | 1872 | **Name On CC** | jb marketing |
| **Billed Amount** | 9.69 | **Final Amount** | 9.69 |
| **IP Address** | 96.22.104.151 | **CC Zip** | J9HN7N |
| **Referral** | | **Ad ID** | |

**Error Info:** ; ;

## Address Information

| | | | |
|---|---|---|---|
| **First Name** | frostwood | **Last Name** | inc |
| **Email** | crazypennystocks@gmail.com | **Country** | DE |

Above are all Registrant Info. More address info available in database...

## Order Items

| Domain Name | Number of Years | Price Per Year | Total | Type | Success? | Error If Any |
|---|---|---|---|---|---|---|
| **awesomepennystocks.com** | 1 | 9.69 | 9.69 | REGISTER | True | Command completed successfully - 199818986 |
| **Free With awesomepennystocks.com.-Promotion** | 1 | 0 | 0 | WHOISGUARD | True | Free WhoisGuard Promotion |

# Order Information

[View Summary(beta)](#)

Enter Order ID: [_____] [search]

Search by user name: [_____] [search]
(enter exact user name. Will list order ids relating to the user)

Search by Domain name: [_____] [search]
(enter exact domain name. Will list order(s) relating to the domain)
[ ex. sample.com ]

| | | | |
|---|---|---|---|
| **Order ID** | 3416727 | **Reference ID** | 312183-0491c5285e-63398.04 |
| **Start** | 9/14/2010 5:36:27 PM | **End** | 9/14/2010 5:36:44 PM |
| **User Name** | johnjackinc | **Credit Card Order ID** | 96.22.181.150-JOHNJACKINC-NC-312183-0491C5285E-63398.04 |
| **Credit Card Transaction ID** | 0948850722391978:NNNM: | **Credit Card Status** | APPROVED |
| **Credit Card Last4** | 1872 | **Name On CC** | john babikian |
| **Billed Amount** | 10.16 | **Final Amount** | 10.16 |
| **IP Address** | 96.22.181.150 | **CC Zip** | J9HN7N |
| **Referral** | | **Ad ID** | |
| **Error Info:** ; ; | | | |

## Address Information

| | | | |
|---|---|---|---|
| **First Name** | frostwood | **Last Name** | inc |
| **Email** | crazypennystocks@gmail.com | **Country** | DE |

Above are all Registrant Info. More address info available in database...

## Order Items

| Domain Name | Number of Years | Price Per Year | Total | Type | Success? | Error If Any |
|---|---|---|---|---|---|---|
| **smallcapspecialists.com** | 1 | 9.98 | 9.98 | REGISTER | True | Command completed successfully - 206838894 |
| **Free With smallcapspecialists.com.-Promotion** | 1 | 0 | 0 | WHOISGUARD | True | Free WhoisGuard Promotion |

# Order Information

View Summary(beta)

Enter Order ID: [        ] search

Search by user name: [        ] search
(enter exact user name. Will list order ids relating to the user)

Search by Domain name: [        ] search
(enter exact domain name. Will list order(s) relating to the domain)
[ ex. sample.com ]

| | | | |
|---|---|---|---|
| **Order ID** | 3749650 | **Reference ID** | johnjackinc-76.170.245.140-a58c30685c7d4a36a987fc5892751edb |
| **Start** | 1/10/2011 9:24:03 PM | **End** | 1/10/2011 9:24:07 PM |
| **User Name** | johnjackinc | **Credit Card Order ID** | 76.170.245.140-JOHNJACKINC-NC-EF19C3030AD04634868348D0DC3DF9DB |
| **Credit Card Transaction ID** | 0223050776837007:NNNM: | **Credit Card Status** | APPROVED |
| **Credit Card Last4** | 1872 | **Name On CC** | john babikian |
| **Billed Amount** | 10.16 | **Final Amount** | 10.16 |
| **IP Address** | 76.170.245.140 | **CC Zip** | |
| **Referral** | | **Ad ID** | |

## Address Information

| | | | |
|---|---|---|---|
| **First Name** | | **Last Name** | |
| **Email** | | **Country** | |

Above are all Registrant Info. More address info available in database...

## Order Items

| Domain Name | Number of Years | Price Per Year | Total | Type | Success? | Error If Any |
|---|---|---|---|---|---|---|
| **bargainoo.com** | 1 | 9.98 | 9.98 | renew | True | 200:Command completed successfully;Old Expiry:2/9/2011 12:00:00 AM; New Expiry:2/9/2012 12:00:00 AM |

# Order Detail Report

Prepared For:Order #: 76.170.245.140-JOHNJACKINC-NC-D5EB98E95C7A46539A97C896E9D03CD9
Order Date: 03/21/2011 09:17:23 PM

| **Billing Address Information** | |
|---|---|
| User ID | johnjackinc |
| Has Shipped | Y |
| Name | john babikian |
| Company | JB |
| Address 1 | 541 rue dubois |
| Address 2 | |
| City | Frankfurt |
| State/Province | FK |
| Zip/Postal Code | J9HN7N |
| Country | DE |
| **Shipping Address Information** | |
| Name | |
| Address 1 | |
| Address 2 | |
| City | |
| State/Province | |
| Zip/Postal Code | |
| Country | |
| **Contact Information** | |
| Customer ID | |
| Phone | +44.5554121 |
| Email | crazypennystocks@gmail.com |
| Fax | |
| IP Address | 76.170.245.140 |
| **General Info:** | |
| Transaction origin: | Electronic Commerce (internet) |
| **Where they heard about you** | |
| Namecheap.com add funds | |

| | **Order Payment**<br>**(Account:johnjackinc)** | |
|---|---|---|
| 1. | Item ID: | ADD-FUNDS |
| | Quantity: | 1 |
| | Price: | 10.16 |
| | Item Total: | 10.16 |

| | |
|---|---|
| Subtotal | 10.16 |
| Shipping | 0.00 |
| Tax | 0.00 |
| Total | 10.16 |

| Date | User ID | Type | Card Number | Exp Date | Approval | Amount | Receipt |
|---|---|---|---|---|---|---|---|
| 03/21/2011 09:17:23 PM | johnjackinc | Sale | ..1872 | 03/2014 | Y:0167120812142317:NNNM: | 10.16 | Show Receipt |

**Comments:**

Return Order

## Transaction Details

 **OK to ship**                                           Payment Status: Completed

**What should I do now?**

- Ship to the buyer's address on this page.
- Ship using a shipping service that provides signature confirmation.
- Save all tracking information or other proof of shipment.

Tips to sell securely

**Seller Protection**

Eligible (More about Seller Protection)

**Seller Protection address**

john babikian
1300 alain grandbois suite 701
montreal Quebec  h4n 0a2
Canada
Confirmed

---

**Express Checkout Payment Received** (Unique Transaction ID #8G368604CR955821P)

| | |
|---:|:---|
| **Name:** | john babikian (The sender of this payment is **Non-U.S. - Verified**) |
| **Email:** | mapleboyone@gmail.com |
| **Payment Sent to:** | payments@namecheap.com |

| | |
|---:|:---|
| **Total amount:** | $10.76 USD |
| **Fee amount:** | -$0.61 USD |
| **Net amount:** | $10.15 USD |

| | |
|---:|:---|
| **Item amount:** | $10.76 USD |
| **Sales Tax:** | $0.00 USD |
| **Shipping:** | $0.00 USD |
| **Handling:** | $0.00 USD |
| **Quantity:** | 1 |

| | |
|---:|:---|
| **Invoice ID:** | johnjackinc-184.163.211.54-e7a9aaf7ba2944648b4f6a13f4851b91 |
| **Date:** | Jan 1, 2012 |
| **Time:** | 11:14:35 PST |
| **Status:** | Completed |

| | |
|---:|:---|
| **Payment Type:** | Instant |

**Shipping:**
[ Print Packing Slip | Add Tracking Info ]

**Description:** john babikian has just sent you $10.76 USD with PayPal

**Refund:**
To refund this payment in part or full for any reason, please use the Send Money tab. The Refund Payment option is available for 120 days after a payment was sent.