```
LAW OFFICES OF H. MICHAEL SOROY
H. Michael Soroy, Esq. (SBN 153 944)
Peter C. Ver Halen, Esq. (SBN 041 609)
Kristin A. Ingulsrud, Esq. (SBN 294 532)
11766 Wilshire Boulevard, Suite 270
Los Angeles, California 90025-6547
Telephone: (310) 444-7750
Facsimile: (310) 312-1034
Email:    office@soroylaw.com

Attorneys for Plaintiff,
TRACERAIN CAPITAL, LLC
```

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
MAR 26 2014
John A. Clarke, Executive Officer/Clerk
BY _____, Deputy
       Robinson

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES - CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| TRACERAIN CAPITAL, LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>    v.<br><br>ORIWA VILLAS S.A., a Guatemala corporation; and Does 1 through 20, inclusive<br><br>          Defendants. | Case No. BC 539 651<br><br>**NOTICE OF RECORDATION OF PENDENCY OF ACTION**<br>**(*LIS PENDENS*)** |

PLEASE TAKE NOTICE THAT a Notice of Pendency of Action (Lis Pendens), instrument number 20140282872, was recorded in Los Angeles on March 20, 2014.

///
///
///
///

- 1 -
NOTICE OF PENDENCY OF ACTION (*LIS PENDENS*)

A copy of the recorded Notice of Pendency of Action (Lis Pendens) is attached as Exhibit A.

DATED: March 26, 2014    LAW OFFICES OF H. MICHAEL SOROY

BY: _____
H. Michael Soroy, Esq.
Peter C. Ver Halen, Esq.
Kristin A. Ingulsrud, Esq.
Attorneys for Plaintiff TRACERAIN CAPITAL, LLC

03/26/2014

Exhibit A

**Recording Requested By:**
H. Michael Soroy, Esq.
LAW OFFICES OF H. MICHAEL SOROY
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA 90025

**AND WHEN RECORDED MAIL TO:**

H. Michael Soroy, Esq.
LAW OFFICES OF H. MICHAEL SOROY
11766 Wilshire Boulevard, Suite 270
Los Angeles, CA 90025



03/20/2014
*20140282872*
LOS ANGELES COUNTY REGISTRAR-RECORDER

## TITLE(S)

## NOTICE OF PENDENCY OF ACTION

```
 1 | LAW OFFICES OF H. MICHAEL SOROY
   | H. Michael Soroy, Esq. (SBN 153 944)
 2 | Peter C. Ver Halen, Esq. (SBN 041 609)
   | Kristin A. Ingulsrud, Esq. (SBN 294532)
 3 | 11766 Wilshire Boulevard, Suite 270
   | Los Angeles, California 90025-6547
 4 | Telephone: (310) 444-7750
   | Facsimile: (310) 312-1034
 5 | Email:    office@soroylaw.com
 6 |
   | Attorneys for Plaintiff,
 7 | TRACERAIN CAPITAL, LLC
```

COPY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES - CENTRAL JUDICIAL DISTRICT

| | |
|---|---|
| TRACERAIN CAPITAL, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>ORIWA VILLAS S.A., a Guatemala corporation; and Does 1 through 20, inclusive<br><br>    Defendants. | Case No.  BC539651<br><br>**NOTICE OF PENDENCY OF ACTION**<br>(*LIS PENDENS*) |

PLEASE TAKE NOTICE THAT the above-captioned action, by Plaintiff TRACERAIN CAPITAL, LLC, affects title to and possession of real property and improvements thereon commonly known as and referred to as 1401 Londonderry Place, Los Angeles, California 90069, assigned Assessor's Parcel Number (APN) **5559-010-012**. The legal description of said Property is as follows:

**THOSE PORTIONS OF THE SOUTHEAST QUARTER OF SECTION 7, TOWNSHIP 1 SOUTH, RANGE 14 WEST, SAN BERNARDINO**

- 1 -
NOTICE OF PENDENCY OF ACTION (*LIS PENDENS*)

1  MERIDIAN, IN THE CITY OF LOS ANGELES, COUNTY OF LOS
2  ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL
3  PLAT OF SURVEY OF SAID LAND ON FILE IN THE BUREAU OF
4  LAND MANAGEMENT, DESCRIBED AS FOLLOWS:

6  PARCEL 1:

8  BEGINNING AT THE MOST NORTHERLY CORNER OF LOT 8 OF
9  TRACT NO. 12360, IN THE CITY OF LOS ANGELES, COUNTY OF LOS
10 ANGELES, STATE OF CALIFORNIA, AS SHOWN ON MAP OF SAID
11 TRACT, AS PER MAP RECORDED IN BOOK 239, PAGES 27 AND 28 OF
12 MAPS, IN THE OFFICE OF THE COUNTY RECORDER, THENCE
13 NORTH 5° 29' 50" WEST 108.75 FEET, THENCE SOUTH 75° 29' 25"
14 EAST 20.00 FEET, THENCE NORTHEASTERLY, EASTERLY AND
15 SOUTHEASTERLY ALONG A CURVE CONCAVE TO THE
16 SOUTHWEST TANGENT AT THE POINT OF BEGINNING TO THE
17 LAST MENTIONED COURSE, AND HAVING A RADIUS OF 108.50
18 FEET, A DISTANCE OF 111.75 FEET, MEASURED ALONG THE ARC
19 OF SAID CURVE, SAID CURVE BEING THE NORTHWESTERLY
20 CONTINUATION OF THAT CERTAIN CURVE IN THE WESTERLY
21 LINE OF THE NORTHERLY TERMINUS OF LONDONDERRY PLACE
22 HAVING A RADIUS OF 108.50 FEET AND A LENGTH OF 41.51 FEET
23 AS SHOWN ON MAP OF SAID TRACT, TO A POINT IN SAID
24 CONTINUATION OF CURVE DISTANT NORTHWESTERLY THEREON
25 139.39 FEET FROM THE SOUTHERLY EXTREMITY OF SAID CURVE,
26 THENCE LEAVING SAID NORTHWESTERLY CONTINUATION
27 SOUTH 44° 30' WEST, 123.05 FEET MORE OR LESS TO AN ANGLE
28 POINT IN THE NORTHERLY LINE OF SAID LOT 8, THENCE NORTH

- 2 -
NOTICE OF PENDENCY OF ACTION (*LIS PENDENS*)

85° 15' WEST ALONG SAID NORTHERY LINE OF SAID LOT 8, A DISTANCE OF 26.02 FEET TO THE POINT OF BEGINNING.

**PARCEL 2:**

BEGINNING AT THE NORTHEASTERLY CORNER OF LOT 8 OF SAID TRACT NO. 12360, RECORDED IN BOOK 239, PAGES 27 AND 28 OF MAPS, SAID CORNER BEING A POINT IN THE WESTERLY LINE OF LONDONDERRY PLACE, (30 FEET IN WIDTH) AS SHOWN ON SAID MAP, THENCE NORTH 28° 03' 20" EAST ALONG SAID WESTERLY LINE 23.70 FEET, THENCE CONTINUING ALONG SAID WESTERLY LINE OF LONDONDERRYPLACE, AND ITS CONTINUATION NORTHWESTERLY, THE SAME BEING A CURVE CONCAVE TO THE WEST, TANGENT AT ITS POINT OF BEGINNING TO THE LAST MENTIONED COURSE, AND HAVING A RADIUS OF 108.50 FEET, A DISTANCE OF 139.29 FEET, MEASURED ALONG THE ARC OF SAID CURVE, THENCE LEAVING SAID NORTHWESTERLY CONTINUATION, SOUTH 44° 30' WEST 123.05 FEET MORE OR LESS TO AN ANGLE POINT IN THE NORTHERLY LINE OF SAID LOT 8, THENCE SOUTH 57° 00' EAST ALONG SAID NORTHERLY LINE OF LOT 8, A DISTANCE OF 113.04 FEET TO THE POINT OF BEGINNING.

//
//
//
//
//
//

NOTICE OF PENDENCY OF ACTION (*LIS PENDENS*)

Said Action is for Breach of Contract; Specific Performance; and Declaratory Relief.

DATED: March 20, 2014          LAW OFFICES OF H. MICHAEL SOROY

BY: _____
    H. Michael Soroy, Esq.
    Peter C. Ver Halen, Esq.
    Kristin A. Ingulsrud, Esq.
    Attorneys for Plaintiff TRACERAIN CAPITAL, LLC

## PROOF OF SERVICE

### TRACERAIN CAPITAL, LLC v. ORIWA VILLAS S.A.
### Los Angeles Superior Court Case No. BC

I am a resident of the County of Los Angeles, California. I am over the age of eighteen years, and am not a party to the within action. My business address is 11766 Wilshire Boulevard, Suite 270, Los Angeles, California 90025.

On **March 20, 2014**, I served the following:

**NOTICE OF LIS PENDENCY**

on the interested parties in this action, addressed as stated on the Service List attached hereto as page (ii), by:

[X] **U.S./INTERNATIONAL REGISTERED MAIL:** I am readily familiar with the regular practices of mailing certified mail with the United States Postal Service. I placed a copy in a separate enveloped addressed to each addressee as indicated below, and mailed such copies via U.S. Postal Service registered mail.

[ ] **OVERNIGHT COURIER:** I sent a copy via FedEx for next business day delivery;

[ ] **PERSONAL DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered by hand to _____ for personal service.

[ ] **FACSIMILE:** I sent a copy via facsimile to the telefax number(s) indicated below. The facsimile machine I used complied with the CRC Rule 2.301 and transmission was reported as complete and without error. Pursuant to CRC Rule 2.306, I caused the machine to print a transmission record of the facsimile transmission, a copy of which is attached to this declaration.

[ ] **ELECTRONIC MAIL:** I sent a copy via email attachment to the following email address(es): _____ and I received no report of undelivered email.

[X] **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **March 20, 2014**, at Los Angeles, California.

                                                  Kristin Ingulsrud

## Service List

**TRACERAIN CAPITAL, LLC v. ORIWA VILLAS S.A.**
**Los Angeles Superior Court Case No. BC**

Rolando Lopez
General Manager or President of the Board of Directors
Oriwa Villas
8 Calle 2-92, Zona 8
Villa Nueva, Guatemala
*(Registered Legal Representative for Oriwa Villas)*

Danilo Figueroa
General Manager or President of the Board of Directors
Oriwa Villas
8 Calle 2-92, Zona 8
Villa Nueva, Guatemala
*(Registered Legal Representative for Oriwa Villas)*

Moshe Sarid
Forum Construction & Development Inc.
5335 Amigo Avenue
Tarzana, California 91356
*(Registered Agent/President for Forum Construction & Development, Inc.)*