# Mark Fishman

**From:** Matthew <matthewlee430@gmail.com>
**Sent:** Sunday, March 16, 2014 1:25 AM
**To:** Mark Fishman
**Subject:** Re: 1401 Londonderry

Hi Mark,

The seller has notified me that he is obtaining a new original grant deed, but this may take anything from 1-2 weeks, and at this juncture he is not able to confirm the exact timeline.

In the light of this, and on advice of my attorneys both in the US and in Singapore, please proceed to:

1) Wire back the funds which have been deposited thus far, less the fees you feel are reasonable for work incurred but not completed.

The account to wire the return funds back to is:

Account Name: Tan Guat Neo Phyllis

Bank Swift Code: ███
Bank Code: ███
Branch Code: ███

Account Number: ███5738

Please confirm amount to be remitted, and date it will be sent. If any additional bank information is required please advise.

This is the same account that remitted the funds originally to Granite.

2) Would it be possible to keep escrow open, and give the seller the 1-2 weeks that he claims it will take to produce the grant deed?
If so, please leave it open, I have instructed the seller to send the grant deed directly to Rodriguez at Amerititle, and notify us when done.

Once Amerititle confirms receipt of the same, we will proceed to wire the same amount back to escrow using the same wire instructions.

Thank you so far for your assistance, and we will be proceeding with other remedies at our disposal currently. This situation is very unfortunate and hopefully there will be light at the end of the tunnel.

I look forward to hearing from you.

Matthew

1

**From:** Mark Fishman
**Sent:** Friday, March 14, 2014 12:35 PM
**To:** matthewlee430@gmail.com ; 'Moshe Sarid' ; leelubin@gmail.com
**Subject:** 1401 Londonderry URGENT

County pulled the recording the grant deed was a copy (as we discussed yesterday)

Matthew, please call me it is urgent

# county pulled deed, color photo copy.

**Mark Fishman**
*Escrow Officer*
Granite Escrow Services
439 N. Canon Drive, Suite 220
Beverly Hills, CA 90210
mfishman@graniteescrow.com
(310)288-0110 **Ext 5024**
**(310) 807-4381** (private fax)
www.graniteescrow.com

*"Our strength is in our people"*

Assistant's
Jo Ann  Ext **5044**   jfrederiksen@graniteescrow.com
Amie    Ext **5042**   awon@graniteescrow.com
Monica  Ext **5043**   mpalma@graniteescrow.com

---

**From:** Rodriguez, Alex [mailto:alexrodriguez@firstam.com]
**Sent:** Friday, March 14, 2014 9:19 AM
**To:** Mark Fishman (mfishman@graniteescrow.com)
**Subject:** houston we have a problem. boss county pulled deed, color photo copy.

***********************************************************************************

This message may contain confidential or proprietary information intended only for the use of the addressee(s) named above or may contain information that is legally privileged. If you are not the intended addressee, or the person responsible for delivering it to the intended addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by

replying to the message and delete the original message and any copies immediately thereafter.

If you received this email as a commercial message and would like to opt out of future commercial messages, please let us know and we will remove you from our distribution list.

Thank you.~
*****************************************************************************
FAFLD