| | |
|---|---|
| **From:** | Matthew |
| **To:** | Mark Fishman; "Moshe Sarid"; "Lee Lubin" |
| **Subject:** | Re: 1401 Londonderry |
| **Date:** | Tuesday, April 22, 2014 12:40:08 PM |

Hi Mark,

Thanks for the follow up.

I have received some scanned documentation from the seller with regards to the new grant deed, and am informed that a new original grant deed will be with my lawyers before the end of next week.

I will notify you once I receive the courier tracking number for the new grant deed.

Thanks,

Matthew

**From:** Mark Fishman
**Sent:** Monday, April 21, 2014 10:21 AM
**To:** 'Moshe Sarid' ; 'Lee Lubin'
**Cc:** matthewlee430@gmail.com
**Subject:** RE: 1401 Londonderry

I am ready to cancel this transaction

It has been nothing but a headache

Matthew, please advise regarding the grant deed…

**Mark Fishman**

*Escrow Officer*

Granite Escrow Services

439 N. Canon Drive, Suite 220

Beverly Hills, CA  90210

mfishman@graniteescrow.com

(310)288-0110 **Ext 5024**

**(310) 807-4381** (private fax)

www.graniteescrow.com

*"Our strength is in our people"*

Assistant's

Jo Ann  Ext **5044**    jfrederiksen@graniteescrow.com

Amie    Ext **5042**    awon@graniteescrow.com

Monica Ext **5043**    mpalma@graniteescrow.com

---

**From:** Moshe Sarid [mailto:msarid@yahoo.com]
**Sent:** Monday, April 21, 2014 7:09 AM
**To:** Mark Fishman; Lee Lubin
**Subject:** Re: 1401 Londonderry

Good Morning mark,
Since there is no closing date in sight, I would like you to please stop any possible recording of the notes you currently hold in escrow in relations to the Londonderry escrow.  The terms on these notes were negotiated 4 months ago for a 6 months maturity. I need to renegotiate new terms with buyer due to late or non closing.
My attorney is CC on this and will contact you with any further developments.
Please acknowledge receipt.
Best,
Moshe Sarid

**Forum Construction and Development Inc.**

5335 Amigo Ave.Tarzana CA 91356

Phone 888-836-2408 Cell 818.445-4070
On Friday, April 11, 2014 12:05 PM, Mark Fishman <mfishman@graniteescrow.com> wrote:
No documents (DOT's) recorded, cant record DOT's until new buyer owns property

I have no updates…


Thanks,

**Mark Fishman**
*Escrow Officer*
Granite Escrow Services
439 N. Canon Drive, Suite 220
Beverly Hills, CA  90210
mfishman@graniteescrow.com
(310)288-0110 **Ext 5024**

**(310) 807-4381** (private fax)
www.graniteescrow.com

*"Our strength is in our people"*

Assistant's

Jo Ann  Ext **5044**     jfrederiksen@graniteescrow.com

Amie     Ext **5042**     awon@graniteescrow.com

Monica Ext **5043**     mpalma@graniteescrow.com


**From:** WorldSmart Voicemail [mailto:voicemail@worldsmartcentral.com]
**Sent:** None
**To:** mfishman@graniteescrow.com
**Subject:** Voicemail (89) from 8184454070. Length: 0:35

Dear WorldSmart Customer:
You have received a new Voicemail from WorldSmart.
The Voicemail details are as follows:

| | |
|---|---|
| **To:** | Mark Fishman  (5024) |
| **From:** | 8184454070 |
| Date: | Friday, 11-April-2014 |
| Time: | 09:35:51 AM PDT |
| Length: | 0:35 min |

Thank you for using WorldSmart, your on-demand unified communications platform.
Regards,

Your WorldSmart Support Team
support@worldsmartcentral.com
(800) 805-0558



central.wspbx.com