UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN BABIKIAN,<br><br>　　　　　　　Defendant. | CASE NO. 14-cv-1740 (PAC) |

**PLAINTIFF U.S. SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING OF DEFENDANT JOHN BABIKIAN'S CONSENT <u>AND PROPOSED FINAL JUDGMENT</u>**

PLEASE TAKE NOTICE that, pursuant to a settlement which resolves all of the claims in this case, Plaintiff U.S. Securities and Exchange Commission (the "SEC") is filing contemporaneously with this notice, the executed Consent and Proposed Final Judgment, for Defendant John Babikian. The SEC respectfully requests the Court to enter the Proposed Final Judgment as to Defendant John Babikian.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Matthew P. Cohen (pro hac vice)
　　　　　　　　　　　　　　　　　　Michael J. Roessner, MR4195
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　100 F Street, N.E., Mailstop 5985
　　　　　　　　　　　　　　　　　　Washington, D.C. 20549
　　　　　　　　　　　　　　　　　　(202) 551-7276 (Cohen)
　　　　　　　　　　　　　　　　　　cohenma@sec.gov