USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BABIKIAN,<br><br>Defendant. | Civil No. 1:14-cv-01740-PAC |

## ORDER APPROVING A DISTRIBUTION PLAN FOR THE FAIR FUND

The Court, having considered Plaintiff's Motion for an Order Approving Proposed Distribution Plan for the Fair Fund (the "Motion"), the Memorandum of Law in Support, and the proposed Distribution Plan, and for good cause shown, the Court grants the Motion and approves in its entirety the Distribution Plan attached thereto. The Distribution Plan shall govern the administration and distribution of the Fair Fund previously established by Order entered January 19, 2017.

SO ORDERED.

Dated: September 4, 2018

_____
United States District Judge