## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JOHN BABIKIAN, | ) ) |
| Defendant. | ) ) |

Civil No. 1:14-cv-01740-PAC

_____ )

### ORDER APPROVING DISBURSEMENT OF FAIR FUND

The Court, having considered Plaintiff's Motion for an Order Approving Disbursement of the Fair Fund, and the attached Exhibit, and for good cause shown, the Court grants the Motion.

**IT IS HEREBY ORDRED:**

1.      The Motion is granted.

2.      The Commission shall issue a payment from funds held by the Commission established under the case name designation "SEC v John Babikian Fair Fund," in the amount of $196,079.96 payable to "*SEC v John Babikian Fair Fund*" to the Distribution Agent for distribution to the Eligible Claimants listed on the Final Payee List in accordance with the approved Plan.

3.      The Commission shall send the payment by ACH transfer to:

> **SEC v John Babikian Fair Fund**
> Huntington National Bank
> 41 South High Street
> Columbus, OH 43287
> Dallas, TX 75312-0286

4.      The Distribution Agent shall deposit these funds in accordance with Paragraphs

2.23 of the Plan, pursuant to which the Distribution Agent shall establish an escrow account in the name of *"SEC v. John Babikian Fair Fund"* and bearing the Employer Identification Number of the Qualified Settlement Fund, as custodian for the distributes of the Fair Fund. The Distribution Agent shall also establish a separate deposit account titled *"SEC v. John Babikian Fair Fund"* for the purpose of funding checks to be distributed to Eligible Claimants, pursuant to the Plan; and

5.      The Distribution Agent shall distribute these funds to Eligible Claimants in accordance with the terms of the Plan and the Final Payee List submitted to the Commission.

**SO ORDERED.**

Dated:                                          _____
                                                United States District Judge