UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BABIKIAN,<br><br>Defendant. | Civil No. 1:14-cv-01740-PAC |

### ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF DISTRIBUTION AGENT

The Court, having considered Plaintiff's Motion for an Order to Disburse Funds to Pay Fees and Expenses of the Distribution Agent (the "Motion"), the Memorandum of Law in Support, and the attached Exhibit, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The motion is granted.

2. The Commission shall issue a check from funds held by the Commission established under the case name designation "SEC v. John Babikian" for the following:

    a. A check in the amount of **$38,193.01**, payable to **Epiq Class Action & Claims Solutions**, Dept. 0286, P.O. Box 120286, Dallas, TX 75312-0286, for the payment of fees and expenses incurred by the distribution agent between January 1, 2017 and May 30, 2020 within (10) days of this Order.

    b. The Commission shall send the check by overnight mail to:

    Epiq Class Action & Claims Solutions

      Dept. 0286
      P.O. Box 120286
      Dallas, TX 75312-0286

3. The Commission is authorized to pay the future professional fees and expenses of the Distribution Agent related to the distribution upon written request to and written approval by the Commission staff without further order from this Court.

**SO ORDERED.**

Dated: 7-9-2020

_____
United States District Judge